IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROY WALKER AND SHELLIE WALKER, Plaintiffs, | ) | No. 04-155 L |
| v. | ) | Judge Susan G. Braden |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's instructions, the parties submit this Joint Status Report addressing how they would like to proceed in this case following the Supreme Court of New Mexico's decision on the questions certified by this Court, issued on June 21, 2007.

The parties have conferred and propose to proceed with the filing of a motion for summary judgment by Defendant on all claims. Defendant's motion will address the applicability of the Supreme Court of New Mexico's decision on Plaintiffs' claims. Defendant's motion will also address any remaining claims and will encompass those arguments presented in Defendant's Motion for Summary Judgment that was filed on July 7, 2006 (Doc. 36). The Court denied this prior motion as untimely, but indicated that the motion "may be refiled after the Supreme Court of New Mexico answers the certified questions." Order, dated July 25, 2005, at 3 (Doc. 38).

The parties propose to have Defendant file its motion by August 31, 2007, with response and reply briefs due in accordance with RCFC 7.2(c).

DATED: July 18, 2007

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Lyman D. Bedford
LYMAN D. BEDFORD
McQuaid Bedford & Van Zandt LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
TEL: (415) 905-0200
FAX: (415) 905-0202
E-Mail: lbedford@mbvz.com

OF COUNSEL:

MICHAEL J. VAN ZANDT
McQuaid Bedford & Van Zandt LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
TEL: (415) 905-0200
FAX: (415) 905-0202
E-Mail: mvanzandt@mbvz.com

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-mail: kristine.tardiff@usdoj.gov

OF COUNSEL:

MARY ANN JOCA
Assistant Regional Attorney
Office of the General Counsel
United States Dept. of Agriculture
P.O. Box 586
Albuquerque, N.M. 87103-0586