# In the United States Court of Federal Claims

No. 04-155L

Filed: July 19, 2007

| | |
|---|---|
| ROY WALKER, and SHELLIE WALKER, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## SCHEDULING ORDER

Defendant will file a motion for summary judgment addressing all of Plaintiff's claims by August 31, 2007. The response and reply briefs will be due in accordance with Rule 7.2(c) of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

/s/ Susan G. Braden
SUSAN G. BRADEN
Judge