# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROY WALKER AND SHELLIE WALKER, | ) | Case No. 04-155 L |
| | ) | |
| Plaintiffs, | ) | Judge Susan G. Braden |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Lyman D. Bedford
McQUAID BEDFORD & VAN ZANDT LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Tel: 415/905-0200
Fax: 415/905-0202
Attorney of Record for Plaintiffs
ROY WALKER AND SHELLIE WALKER

Plaintiffs Roy Walker and Shellie Walker (hereinafter "Walkers") hereby move this Court for an extension of time of twenty-one (21) days, up to and including October 19, 2007, to file its opposition to defendant United States of America's ("United States") Motion for Summary Judgment ("Motion for Summary Judgment") filed on or about August 31, 2007 with this Court.

In support of this Unopposed Motion for Extension of Time, the Walkers respectfully state as follows:

1. On or about February 5, 2004, the Walkers filed their Complaint against the United States in this Court, alleging, *inter alia*, that the United States had effected an unconstitutional taking of the Walkers' property without just compensation.

2. On or about August 31, 2007, the United States, served its Motion for Summary Judgment on Plaintiffs.

3. Lyman Bedford, the lead attorney in this case for Plaintiffs, has been preparing for a trial scheduled to start on October 1, 2007. The associate attorney assisting Mr. Bedford in the representation of the Walkers has left the firm. As a result, Mr. Bedford requires additional time to adequately review and respond to the Motion for Summary Judgment.

4. On September 19, 2007, Mr. Bedford emailed Ms. Kristine S. Tardiff, counsel for the United States, regarding a possible extension of time in which the Walkers could file an opposition to the Motion for Summary Judgment. Ms. Tardiff agreed to an extension of time in which the Walkers may file their opposition to the United States's Motion for Summary Judgment and further advised Mr. Bedford that the United States would not oppose the Walkers' Motion for Extension of Time.

5. Mr. Bedford and Ms. Tardiff further agreed that the Walkers may have an additional three weeks to file their opposition to the Motion for Summary Judgment on or before October 19, 2007.

WHEREFORE, the Walkers respectfully request that they be granted an extension of twenty-one (21) days to file their opposition to the United States's Motion for Summary Judgment and that they be permitted to file same on or before October 19, 2007.

Respectfully submitted this 20th day of September, 2007.

By: ______________________

Lyman D. Bedford
Attorney of Record for Plaintiffs
ROY WALKER AND SHELLIE WALKER

MCQUAID BEDFORD & VAN ZANDT LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Tel: 415/905-0200
Fax: 415/905-0202
Email: lbedford@mbvz.com

OF COUNSEL:

Michael J. Van Zandt
MCQUAID BEDFORD & VAN ZANDT LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Tel: 415/905-0200
Fax: 415/905-0202
Email: mvanzandt@mbvz.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Plaintiffs' Unopposed Motion for Extension of Time to File an Opposition to Defendant's Motion for Summary Judgment has been served upon counsel listed below via overnight United Parcel Service, properly addressed this 20th day of September, 2007 to:

Kristine S. Tardiff
US Department of Justice
ENRD
c/o U.S. Attorney's Office
55 Pleasant Street, 4th Floor
Concord, NH 03301
Telephone: (603) 225-1562 Ext. 283
Facsimile: (603) 225-1577

Teresa Bechelli
_______________________
Teresa Bechelli