# In the United States Court of Federal Claims

No. 04-155L
Filed: September 24, 2007

*************************************
*
ROY WALKER, and *
SHELLIE WALKER, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

Plaintiff's September 20, 2007 Unopposed Motion for Extension of Time is hereby **GRANTED.** Plaintiff is hereby ordered to file its Opposition to Defendant's Motion for Summary Judgement by October 19, 2007.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**