# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROY WALKER AND SHELLIE WALKER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 04-155 L<br><br>Judge Susan G. Braden |

## PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACT

Pursuant to RCFC 56(h), Plaintiffs submit this statement of proposed findings of unconverted fact in support of Plaintiffs' opposition to Defendant's motion for summary judgment.

1. In 1994, when Plaintiffs Roy Walker and Shellie Walker (together, "the Walkers") purchased property from Crecencio and Neline Dominguez ("the Dominguezes") and from Louis and Myrtle Oliver ("the Olivers") in Grant County, New Mexico, the Walkers also obtained the

water rights to 40 water sources. Declaration of Shellie Walker In Support Of Plaintiff's Opposition To Defendant's Motion For Summary Judgment ("Walker MSJ Decl."), ¶3 (Dated October 18, 2007 ) (hereinafter "Walker MSJ Decl."); *See also* Declaration of Shellie Walker In Support of Plaintiffs' Opposition to Defendant's Motion to Dismiss the Complaint for Lack of Jurisdiction, dated July 19, 2004.

2. The 40 water rights sold to the Walkers from the Dominguezes and the Olivers consisted of 22 springs (one is referred to as a seep), 12 tanks (one is referred to as a dam) and 6 wells. Walker MSJ Decl. ¶4.

3. The Walkers filed declarations of ownership with the New Mexico State Engineer for all 40 water rights. Walker MSJ Decl. ¶5 and Exhibit A.

4. The Walkers were not aware of any prior adjudication involving their water rights or that their predecessors-in-interest participated as defendants in any such prior adjudication. Walker MSJ Decl. ¶6.

5 Under the Amended Stipulation, the United States was awarded only a limited amount of water for stock watering and wildlife. Def. Ex. 27

6. A final decree was entered in the Mimbres adjudication on January 14, 1993. Def. Ex. 29. See also Walker v. United States, 162 P.3d at 885 n.2 (referencing this final decree). As stated in Final Decree, the claimants involved in the Mimbres adjudication did not include those using underground water exclusively for domestic or stock watering purposes:

> The plaintiff-in-intervention, State of New Mexico on the relation of S.E. Reynolds, Sate Engineer, has served process on all known water claimants as can be discovered by reasonable diligence and who are claiming the right to divert or use the public waters of the Mimbres River Stream System or Mimbres

> Underground Water Basin, except for those using underground water exclusively for domestic or stock watering purposes.

Def. Ex. 29 (Final Decree in Case No. 6326), ¶3.

7. Of the 40 water rights obtained by the Walkers, 11 springs 10 tanks and 5 wells are identified in the Amended Stipulation. Listed below are the water rights identified in the Amended Stipulation with the coordinates that the Walkers filed with the New Mexico State Engineer. Walker MSJ Decl. ¶7.

| Name | Coordinates | Section | Township | Range | Stip. # |
|---|---|---|---|---|---|
| Mother Yates Spring (aka Mother Y Spring) | NW 1/4 SE 1/4 NW 1/4 | 4 | T17S | R9W | 107 |
| Squirrel Spring | NW 1/4 NW 1/4 NE 1/4 | 7 | T17S | R9W | 109 |
| Donahue Park Spring | NE 1/4 NW 1/4 NW 1/4 | 15 | T17S | R9W | 111 |
| Old Camp Spring | SE 1/4 NW 1/4 | 14 | T17S | R10W | 117 |
| Upper Middle Hot Spring (ake Hot Springs #2) | NE 1/4 SE 1/4 SE 1/4 | 20 | T17S | R9W | 118 |
| Upper Hot Spring | NW 1/4 SW 1/4 SE 1/4 | 16 | T17S | R9W | 119 |
| Sawmill Spring | NW 1/4 NE 1/4 NW 1/4 | 22 | T17S | R9W | 120 |
| Shag (Spring) | SE 1/4 SE 1/4 NW 1/4 | 27 | T17S | R9W | 121 |
| Middle Donahue Spring | NW 1/4 SE 1/4 NE 1/4 | 28 | T17S | R9W | 122 |
| Middle Hot Spring (aka Middle H.S. Spring Corral) | SW 1/4 NE 1/4 NE 1/4 | 29 | T17S | R9W | 123 |
| Hot Springs Pipeline (aka Hot Springs Troughs) | SW 1/4 SW 1/4 NW 1/4 | 16 | T17S | R9W | 238 |
| Rocky Tank | NW 1/4 SE 1/4 | 31 | T16S | R9W | 5 |

| | | | | | |
|---|---|---|---|---|---|
| Gold Pan Tank | NE 1/4 SW 1/4 | 11 | T17S | R10W | 6 |
| Upton Tank | SW 1/4 SE 1/4 | 7 | T17S | R9W | 7 |
| Fogarty Wire Corral Tank (aka Dry Stock Tank) | SW 1/4 SW 1/4 | 8 | T17S | R9W | 8 |
| Acklin Tank | NE 1/4 SW 1/4 | 8 | T17S | R9W | 9 |
| Little Corral Tank | SW 1/4 NW 1/4 SE 1/4 | 30 | T17S | R9W | 10 |
| Masonry Dam (aka Corral Dam) | NW 1/4 SE 1/4 SE 1/4 | 30 | T17S | R9W | 139 |
| Getaway Tank | SW 1/4 SE 1/4 SW 1/4 | 20 | T17S | R9W | 250 |
| Upper Corral Canyon Tank | SE 1/4 SW 1/4 SE 1/4 | 19 | T17S | R9W | 223 |
| Pine Park Tank | SW 1/4 SE 1/4 | 9 | T17S | R9W | 236 |
| Walnut Grove Well | NE 1/4 SE 1/4 | 12 | T17S | R10W | 110 |
| Fogarty Well (Park Well) | NW 1/4 NE 1/4 NE 1/4 | 18 | T17S | R9W | 115 |
| Upton Well | SW 1/4 NW 1/4 NW 1/4 | 18 | T17S | R9W | 116 |
| Hot Springs Well (aka Hot Spring Cabin) | SW 1/4 NW 1/4 NE 1/4 | 32 | T17S | R9W | 124 |
| Donahue Well | NE 1/4 NW 1/4 SE 1/4 | 33 | T17S | R9W | 125 |

8. Of the 40 water rights obtained by the Walkers, 11 springs 2 tanks and 1 well are not identified in the Amended Stipulation. Listed below are the water rights not identified in the Amended Stipulation with the coordinates that the Walkers filed with the New Mexico State Engineer. Walker MSJ Decl. ¶9.

| **Name** | **Coordinates** | **Section** | **Township** | **Range** | **Stip. #** |
|---|---|---|---|---|---|
| Bath Tub Spring | NE 1/4 NW 1/4 | 13 | T17S | R10W | |
| Cold Spring | SE 1/4 NE 1/4 NW 1/4 | 19 | T17S | R9W | |
| Dead Man Spring | SW 1/4 NE 1/4 NE 1/4 | 12 | T17S | R10W | |
| Gold Pan Spring | SE 1/4 NE 1/4 | 11 | T17S | R10W | |
| Little Gallinas Spring | SE 1/4 SW 1/4 | 12 | T17S | R10W | |
| Nan Cabin Spring | NE 1/4 NW 1/4 SW 1/4 | 17 | T17S | R9W | |
| Maverick Spring | SW 1/4 NW 1/4 NW 1/4 | 20 | T17S | R9W | |
| Rustler Spring | SW 1/4 SW 1/4 NE 1/4 | 4 | T17S | R9W | |
| Turkey Spring | SW 1/4 SW 1/4 | 33 | T16S | R9W | |
| Upper Cold Spring | SE 1/4 NW 1/4 NE 1/4 | 17 | T17S | R9W | |
| Yellow Jacket Seep on Wilson (Spoetz Seep Spring) | NW 1/4 NW 1/4 NE 1/4 | 9 | T17S | R9W | |
| Royal John Tank | SE 1/4 NW 1/4 NW 1/4 | 16 | T17S | R9W | |
| Twin Calf Tank | NE 1/4 SW 1/4 | 11 | T17S | R10W | |
| Test Well | NE 1/4 NW 1/4 NE 1/4 | 18 | T17S | R9W | |

9. Rustler Spring was not subject to the Mimbres adjudication. Def. Ex. 30 – Declaration of Ralph D. Pope, ¶23.

10. The Walkers made beneficial use of water from these eleven springs identified in ¶8 for stock watering purposes. Walker MSJ Decl. ¶11.

11. The Walkers made beneficial use of water from the Royal John Tank and the Twin Calf Tank for stock watering purposes. Walker MSJ Decl. ¶12.

12. The Walkers made beneficial use of water from the Test Well for stock watering purposes. Walker MSJ Decl. ¶13.

13. Prior to their purchase of the property in 1994, the Walkers' predecessors, including the Dominguezes and the Olivers, made beneficial use of water from the water sources listed above for stock watering purposes. Walker MSJ Decl. ¶14.

Respectfully submitted this 18th day of October, 2007.

By: ______________________
Lyman D. Bedford
Attorney of Record for Plaintiffs
ROY WALKER AND SHELLIE WALKER

MCQUAID BEDFORD & VAN ZANDT LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Tel: 415/905-0200
Fax: 415/905-0202
Email: lbedford@mbvz.com

OF COUNSEL:

Michael J. Van Zandt
MCQUAID BEDFORD & VAN ZANDT LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Tel: 415/905-0200
Fax: 415/905-0202
Email: mvanzandt@mbvz.com