# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROY WALKER AND SHELLIE WALKER, | ) | Case No. 04-155 L |
| | ) | |
| Plaintiffs, | ) | Judge Susan G. Braden |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF SHELLIE WALKER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF SHELLIE WALKER

I, Shellie Walker, declare:

1. I am one of the Plaintiffs in the above-captioned action, I have personal knowledge of the matters stated herein, and am competent to testify thereto.

2. I am over the age of eighteen, am a United States citizen, and reside at 1966 North Ennis Creek Road, Snyder Texas 79549.

3. In 1994, when I, along with my husband Roy Walker, purchased property from Crecencio and Neline Dominguez ("the Dominguezes") and from Louis and Myrtle Oliver ("the Olivers") in Grant County, New Mexico, we also obtained 40 water rights. *See also* Declaration of Shellie Walker In Support of Plaintiffs' Opposition to Defendant's Motion to Dismiss the Complaint for Lack of Jurisdiction, dated July 19, 2004.

4. The 40 water rights that we purchased from the Dominguezes and the Olivers consisted of 22 springs (one is referred to as a seep), 12 tanks (one is referred to as a dam) and 6 wells.

5. On or about January 15, 1997, my husband Roy Walker and I filed declarations of ownership as to the 40 water rights with the New Mexico State Engineer. Attached hereto as Exhibit "A" are true and correct copies of the declarations of water right ownership that we filed with the New Mexico State Engineer in Deming, New Mexico. These documents were stamped by the New Mexico State Engineer's office.

6. When my husband and I purchased the water rights from the Dominguezes and the Olivers in 1994, we were not aware of any prior adjudication involving the 40 water rights that we obtained, including the Mimbres adjudication entitled Mimbres Valley Irrig. Co. v. Salopek, et al.,

No. 6326 (6th Judicial Dist. Luna County, NM), which resulted in a Final Decree on January 14, 1993.

7. Of the 40 water rights that we obtained from the Dominguezes and the Olivers, 11 springs 10 tanks and 5 wells are identified in the Amended Stipulation On The United States' Water Right Claims, Case No. 6326, Subfile No. 914, filed with the state court on August 31, 1999 ("Amended Stipulation"). Listed below are the water rights identified in the Amended Stipulation with the coordinates that we filed with the New Mexico State Engineer in Exhibit A:

| Name | Coordinates | Section | Township | Range | Stip. # |
|---|---|---|---|---|---|
| Mother Yates Spring (aka Mother Y Spring) | NW 1/4 SE 1/4 NW 1/4 | 4 | T17S | R9W | 107 |
| Squirrel Spring | NW 1/4 NW 1/4 NE 1/4 | 7 | T17S | R9W | 109 |
| Donahue Park Spring | NE 1/4 NW 1/4 NW 1/4 | 15 | T17S | R9W | 111 |
| Old Camp Spring | SE 1/4 NW 1/4 | 14 | T17S | R10W | 117 |
| Upper Middle Hot Spring (ake Hot Springs #2) | NE 1/4 SE 1/4 SE 1/4 | 20 | T17S | R9W | 118 |
| Upper Hot Spring | NW 1/4 SW 1/4 SE 1/4 | 16 | T17S | R9W | 119 |
| Sawmill Spring | NW 1/4 NE 1/4 NW 1/4 | 22 | T17S | R9W | 120 |
| Shag (Spring) | SE 1/4 SE 1/4 NW 1/4 | 27 | T17S | R9W | 121 |
| Middle Donahue Spring | NW 1/4 SE 1/4 NE 1/4 | 28 | T17S | R9W | 122 |
| Middle Hot Spring (aka Middle H.S. Spring Corral) | SW 1/4 NE 1/4 NE 1/4 | 29 | T17S | R9W | 123 |
| Hot Springs Pipeline (aka Hot Springs Troughs) | SW 1/4 SW 1/4 NW 1/4 | 16 | T17S | R9W | 238 |
| Rocky Tank | NW 1/4 SE 1/4 | 31 | T16S | R9W | 5 |

| | | | | | |
|---|---|---|---|---|---|
| Gold Pan Tank | NE 1/4 SW 1/4 | 11 | T17S | R10W | 6 |
| Upton Tank | SW 1/4 SE 1/4 | 7 | T17S | R9W | 7 |
| Fogarty Wire Corral Tank (aka Dry Stock Tank) | SW 1/4 SW 1/4 | 8 | T17S | R9W | 8 |
| Acklin Tank | NE 1/4 SW 1/4 | 8 | T17S | R9W | 9 |
| Little Corral Tank | SW 1/4 NW 1/4 SE 1/4 | 30 | T17S | R9W | 10 |
| Masonry Dam (aka Corral Dam) | NW 1/4 SE 1/4 SE 1/4 | 30 | T17S | R9W | 139 |
| Getaway Tank | SW 1/4 SE 1/4 SW 1/4 | 20 | T17S | R9W | 250 |
| Upper Corral Canyon Tank | SE 1/4 SW 1/4 SE 1/4 | 19 | T17S | R9W | 223 |
| Pine Park Tank | SW 1/4 SE 1/4 | 9 | T17S | R9W | 236 |
| Walnut Grove Well | NE 1/4 SE 1/4 | 12 | T17S | R10W | 110 |
| Fogarty Well (Park Well) | NW 1/4 NE 1/4 NE 1/4 | 18 | T17S | R9W | 115 |
| Upton Well | SW 1/4 NW 1/4 NW 1/4 | 18 | T17S | R9W | 116 |
| Hot Springs Well (aka Hot Spring Cabin) | SW 1/4 NW 1/4 NE 1/4 | 32 | T17S | R9W | 124 |
| Donahue Well | NE 1/4 NW 1/4 SE 1/4 | 33 | T17S | R9W | 125 |

8. There are discrepancies between the coordinates and location for some of the water rights listed above in paragraph 7. According to our records, Pine Park Tanks is situated in the SW quadrant of the SE quadrant of Section 9, Township 17 South, Range 9 West. On the Amended Stipulation, Pine Park Tanks is listed as existing on the NW quadrant of the SE quadrant of Section 9, Township 17 South, Range 9 West. According to our records, Getaway Tank is located at the SW quadrant of the SE quadrant of the SW quadrant of Section 20, Township 17 South, Range 9 West. On the Amended Stipulation, Getaway Tank is situated on the NE quadrant of the SW

quadrant of Section 20, Township 17 South, Range 9 West. According to our records, Walnut Grove Well is located at the NE quadrant of the SE quadrant of Section 12, Township 17 South, Range 10 West. According the Amended Stipulation, Walnut Grove Well is only listed at Section 7, Township 17 South, Range 9 West.

9. Of the 40 water rights that we obtained from the Dominguezes and the Olivers, 11 springs 2 tanks and 1 well are not identified in the Amended Stipulation. Listed below are the water rights not identified in the Amended Stipulation with the coordinates that we filed with the New Mexico State Engineer in Exhibit A:

| Name | Coordinates | Section | Township | Range | Stip. # |
|---|---|---|---|---|---|
| Bath Tub Spring | NE 1/4 NW 1/4 | 13 | T17S | R10W | |
| Cold Spring | SE 1/4 NE 1/4 NW 1/4 | 19 | T17S | R9W | |
| Dead Man Spring | SW 1/4 NE 1/4 NE 1/4 | 12 | T17S | R10W | |
| Gold Pan Spring | SE 1/4 NE 1/4 | 11 | T17S | R10W | |
| Little Gallinas Spring | SE 1/4 SW 1/4 | 12 | T17S | R10W | |
| Nan Cabin Spring | NE 1/4 NW 1/4 SW 1/4 | 17 | T17S | R9W | |
| Maverick Spring | SW 1/4 NW 1/4 NW 1/4 | 20 | T17S | R9W | |
| Rustler Spring | SW 1/4 SW 1/4 NE 1/4 | 4 | T17S | R9W | |
| Turkey Spring | SW 1/4 SW 1/4 | 33 | T16S | R9W | |
| Upper Cold Spring | SE 1/4 NW 1/4 NE 1/4 | 17 | T17S | R9W | |
| Yellow Jacket Seep on Wilson (Spoetz Seep Spring) | NW 1/4 NW 1/4 NE 1/4 | 9 | T17S | R9W | |
| Royal John Tank | SE 1/4 NW 1/4 NW 1/4 | 16 | T17S | R9W | |
| Twin Calf Tank | NE 1/4 SW 1/4 | 11 | T17S | R10W | |
| Test Well | NE 1/4 NW 1/4 NE 1/4 | 18 | T17S | R9W | |

10. According the Amended Stipulation, there exists a Turkey Spring located at Section 5, Township 17 South, Range 9 West. Our records indicate that the Turkey Spring is located at the SW quadrant of the SW quadrant of Section 33, Township 16 South, Range 9 West. Because of the large discrepancy between the two locations, I do not believe the two Turkey Springs are the same.

11. My husband and I filed declarations of water right ownership with the New Mexico State Engineer for all the springs we purchased, including the eleven springs identified above in paragraph 9. We made beneficial use of water from these eleven springs for stock watering purposes from the time we purchased the property in 1994 until June 30, 1998, when the United States District Court issued its final judgment enjoining us from grazing our livestock on the Hot and Cold Springs Allotment without a permit from the United States Forest Service.

12. My husband and I filed declarations of water right ownership with the New Mexico State Engineer for all of the tanks we purchased, including both the Royal John Tank and the Twin Calf Tank identified above in paragraph 9. We made beneficial use of water from the Royal John Tank and Twin Calf Tank for stock watering purposes from the time we purchased the property in 1994 until June 30, 1998, when the United States District Court issued its final judgment enjoining us from grazing our livestock on the Hot and Cold Springs Allotment without a permit from the United States Forest Service.

13. My husband and I filed declarations of water right ownership with the New Mexico State Engineer for all of the wells we purchased, including the Test Well identified above in paragraph 9. We made beneficial use of water we pumped from the Test Well for stock watering purposes from the time we purchased the property in 1994 until June 30, 1998, when the United

States District Court issued its final judgment enjoining us from grazing our livestock on the Hot and Cold Springs Allotment without a permit from the United States Forest Service.

14. Prior to our purchase of the property in 1994, our predecessors, including the Dominguezes and the Olivers, made beneficial use of water from the water sources listed above for stock watering purposes.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of October 2007.

Shellie Walker

Shellie Walker