COPY

WR-1
REVISED 8/1

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Roy and Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Old Camp Spring,

a tributary of Little Gallinas, on certain lands in the County of Grant, State of New Mexico, lying under the ______ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: ______ quarter of the SE quarter of the NW quarter of Section 14, Township T17S, Range R10W, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Pipeline, reservoir

(ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) 1/2" ~~feet~~; slope 3-5 feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

'97 JAN 16 AM 9 19
STATE ENGINEER OFFICE
DEMING NEW MEXICO

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ______ acre feet per annum per irrigated acre. The irrigation season is from ______________ to ______________ of each year.

Water (is) / is not used for stock and domestic purposes *once every other year for 6 months*.
(GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______________________________

Title * ______________________ Title * ______________________

*Roy Wallen* *Shellie N. Wallen*

Title * ______________________ Title * ______________________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *15th* day of *January*, 19*97*.

OFFICIAL SEAL
DEERINDA • BISHOP • WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

*Derinda Bishop-Wilson*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

COPY

WR-1
REVISED 8/1/

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ____________ Declaration No. ____________

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Gold Pan Spring,

a tributary of ____________, on certain lands in the County of Grant, State of New Mexico, lying under the ____________ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ____________ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ____________ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ____________ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ____________ acres of land on the ____________ day of ____________, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ____________ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ____________ acres of land on the ____________ day of ____________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: ____________ quarter of the SE quarter of the NE quarter of Section 11, Township T17S, Range R10W, N.M.P.M., at a point whence the ____________ corner of Section ____________, Township ____________, Range ____________, bears ____________, ____________ feet distant.

3. The constructed works consist of: No development. Water used for livestock watering every other year for about 6 months.
(ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ____________ feet; depth of water at full operating capacity ____________ feet; total depth including freeboard ____________ feet; side slopes ____________ horizontal to 1 vertical; diameter (pipe line or circular flume) ____________ feet; slope ____________ feet per 1000 feet; hydraulic radius ____________ feet; coefficient of roughness (n) ____________; velocity at full capacity ____________ feet per second; capacity ____________ cubic feet per second; length of canal ____________; and is constructed of ____________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ____________ feet; length of crest ____________ feet; maximum width at base ____________ feet; crest width ____________ feet; slope of upstream face ____________ horizontal to vertical; maximum storage capacity ____________ acre feet; freeboard (above high water line at maximum spill) ____________ feet; width of spillway ____________ feet; maximum discharge capacity of spillway ____________ cubic feet per second; size and character of outlet conduit ____________

maximum discharge capacity of outlet ____________ cubic feet per second; type of dam, construction material, etc. ____________; reservoir is filled on an average of ____________ times per year.

'97 JUN 16 AM 9 19
STATE ENGINEER OFFICE
DEMING NEW MEXICO

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ________ acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water is / is not used for stock and domestic purposes *6 months every other year* (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______________________

Title * ______________________ Title * ______________________

*Roy Walker* [signature] ______________________ [signature] ______________________

Title * ______________________ Title * ______________________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *15th* day of *January*, 19*97*.

GREAT SEAL OF THE STATE OF ARIZONA 1912
OFFICIAL SEAL
DEERINDA • BISHOP • WILSO
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

*DeeRinda Bishop-Wilson* ______________________
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

COPY

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

WR-1
REVISED 8/1/

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona ______, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Mother Yates Spring,

a tributary of Little Gallinas, on certain lands in the County of Grant, State of New

Mexico, lying under the ______ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about

______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was

applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about

______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the

______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the SE quarter of the

NW quarter of Section 4, Township T 17S, Range R9W, N.M.P.M., at a point whence the

______ corner of Section ______, Township ______, Range ______,

bears ______, ______ feet distant.

3. The constructed works consist of: 1/2" pipeline, redwood reservoir 100 gallon capacity (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

used for livestock watering

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______

feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n)

______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal

______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

'97 JAN 13 AM 9 19
STATE ENGINEER OFFICE
DEMING, NEW MEXICO

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______

feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1

vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______

feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second;

size and character of outlet conduit ______

______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc.

______; reservoir is filled on an average

of ______ times per year.

6. Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet, height above stream bed ______ feet, depth below stream bed ______ feet, side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ______ acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for stock and domestic purposes 6 months every other year (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______

Title * ______ Title * ______

Roy Wallen Shellie A. Wallen

Title * ______ Title * ______

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 15th day of January, 1997.

OFFICIAL SEAL
DEERINDA • BISHOP • WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

DeeRinda Bishop-Wilson
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

COPY WR-1
REVISED 8/1

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Roy or Shellie Walker, 10579 N. Hwy. 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Turkey Spring.

a tributary of Little Gallinas, on certain lands in the County of Grant, State of New

Mexico, lying under the ______ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: ______ quarter of the SW quarter of the SW quarter of Section 33, Township T16S, Range R9W, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: ½" pipeline and barrel reservoir (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width 5' feet; depth of water at full operating capacity 1000' feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ½" ~~feet~~; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity 0-1 feet per second; capacity ½ cubic feet per second; length of canal pipeline 200'; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

'97 JAN 16 AM 5 19
STATE ENGINEER OFFICE
DEMING NEW MEXICO

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity 150-200 gallons ~~acre feet~~; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ________ acre feet per annum per irrigated acre. The irrigation season is from ______________ to ______________ of each year.

Water (is) / is not used for stock and domestic purposes *6 months every year* (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______________________

Title * ______________________ Title * ______________________

*Roy Wallen* *Shellie R Wallen*

Title * ______________________ Title * ______________________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *15th* day of *January*, 19*97*.

OFFICIAL SEAL
DEERINDA • BISHOP • WILSO
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

*Deerinda Bishop-Wilson*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

COPY

WR-1
REVISED 8/1

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Cold Springs,

a tributary of ______, on certain lands in the County of Grant, State of New

Mexico, lying under the ______ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the NE quarter of the NW quarter of Section 19, Township T17S, Range R9W, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: No development. Water used for livestock waterin[g] (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, FIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

'97 JAN 16 AM 5 19
STATE ENGINEER OFFICE
DEMING NEW MEXICO

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc ______; reservoir is filled on an average of ______ times per year.

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ______ acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for stock and domestic purposes *year round* (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______

Title * ______ *[signature: Roy Walker]*

Title * ______

Title * ______ *[signature: Shellie A. Walker]*

Title * ______

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *15th* day of *January*, 19*97*.

OFFICIAL SEAL
DEERINDA • BISHOP • WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

*[signature: Deerinda Bishop-Wilson]*

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

COPY

WR-1
REVISED 8/1/

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ____________ Declaration No. ____________

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ. 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Dead Man Spring,

a tributary of Little Gallinas, on certain lands in the County of Grant, State of New

Mexico, lying under the ____________ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ____________ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ____________ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ____________ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ____________, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ____________ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ____________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the NE quarter of the NE quarter of Section 12, Township T17S, Range R10W, N.M.P.M., at a point whence the ____________ corner of Section ______, Township ______, Range ______, bears ____________, ____________ feet distant.

3. The constructed works consist of: pipeline, reservoir (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width 5' feet; depth of water at full operating capacity 1000' feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n ______; velocity at full capacity 0 ______ feet per second; capacity 1/4. cubic feet per second; length of ~~canal~~ pipeline 300'-400'; and is constructed of ____________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity 250 gallons ~~acre feet~~; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ____________

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ____________; reservoir is filled on an average of ______ times per year.

'97 JUN 16 AM 5 19
STATE ENGINEER OFFICE
DEMING NEW MEXICO

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ______ acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for stock and domestic purposes 6 months every other year (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______

Title * ______

Roy Waller

Title * ______

Title * ______

Phyllis A Waller

Title * ______

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 15th day of January, 19 97.

OFFICIAL SEAL DEERINDA • BISHOP • WILSON NOTARY PUBLIC-ARIZONA COCHISE COUNTY My Comm. Expires May 3, 1999

DeRinda Bishop-Wilson
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

COPY

WR-1
REVISED 8/1/

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Little Gallinas Spring,

a tributary of Little Gallinas, on certain lands in the County of Grant, State of New

Mexico, lying under the ______ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: ______ quarter of the SE quarter of the SW quarter of Section 12, Township T17S, Range R10W, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: undeveloped water used for livestock purposes
(ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

'97 JAN 16 AM 5 30
STATE ENGINEER OFFICE
DEMING NEW MEXICO

6. Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ________ acre feet per annum per irrigated acre. The irrigation season is from ________________ to ________________ of each year.

Water (is) / is not used for stock and domestic purposes *6 months every year* (GIVE PERIOD OF USE, IF ANY).

I/We hereby declare that to the best of my/our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I/We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______________________

Title * ______________ Title * ______________

*Roy Walker* [signature] *Sheilie A. Walker* [signature]

Title * ______________ Title * ______________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *15th* day of *January*, 19*97*.

OFFICIAL SEAL
DEERINDA BISHOP-WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 199[illegible]

GREAT SEAL OF THE STATE OF ARIZONA 1912

*DeRinda Bishop-Wilson*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

3-02958 $1.00



COPY WR-1
REVISED 6/

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______________ Declaration No. ______________

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Bath Tub Springs,

a tributary of Little Gallinas, on certain lands in the County of Grant, State of New

Mexico, lying under the ______________ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______________ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______________ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______________ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______________, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______________ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: ______ quarter of the NE quarter of the NW quarter of Section 13, Township T17S, Range R10W, N.M.P.M., at a point whence the ______________ corner of Section ______, Township ______, Range ______, bears ______________, ______________ feet distant.

3. The constructed works consist of: undeveloped water used for livestock purposes (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______________; and is constructed of ______________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______________;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______________; reservoir is filled on an average of ______ times per year.

'97 JAN 16 AM 5 20
STATE ENGINEER OFFICE
DEMING NEW MEXICO

6. Diversion dam: the diversion dam is constructed of ________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ________ acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes 6 months every other year (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ________

Title * ________ Title * ________

Roy Wallace Shellie A. Wallace

Title * ________ Title * ________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 15th day of January, 1997.

OFFICIAL SEAL
DEELINDA • BISHOP • WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

DeLinda Bishop-Wilson
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

COPY

WR-1
REVISED 8/1/5

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______________ Declaration No. ______________

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Squirrel Springs,

a tributary of Little Gallinas, on certain lands in the County of Grant, State of New

Mexico, lying under the ______________ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______________ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______________ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______________ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______________, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______________ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the NW quarter of the NE quarter of Section 7, Township T17S, Range R9W, N.M.P.M., at a point whence the ______________ corner of Section ______, Township ______, Range ______, bears ______________, ______________ feet distant.

3. The constructed works consist of: undeveloped water used for livestock watering (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______________; and is constructed of ______________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______________; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______________; reservoir is filled on an average of ______ times per year.

'97 JAN 16 AM 8 20
STATE ENGINEER OFFICE
DEMING, NEW MEXICO

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet, height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ________ acre feet per annum per irrigated acre. The irrigation season is from ______________ to ______________ of each year.

Water (is) / is not used for stock and domestic purposes *6 months every other year* (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______________

Title * ______________ Title * ______________

*Roy Walker* *Phillis A Walker*

Title * ______________ Title * ______________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *15th* day of *January*, 19*97*.

OFFICIAL SEAL
DEEFINDA • BISHOP • WILSC
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

*Delinda Bishop-Wilson*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

3-20958 $1.00



COPY

WR-1
REVISED 8/

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ____________ Declaration No. ____________

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Yellow Jacket Seep - on Wils

a tributary of Fogarty, on certain lands in the County of Grant, State of New

Mexico, lying under the ____________ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ____________ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ____________ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ____________ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ________ acres of land on the ________ day of ____________, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ____________ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ____________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the NW quarter of the NE quarter of Section 9, Township T 17S, Range R 9 W, N.M.P.M., at a point whence the ____________ corner of Section ________, Township ________, Range ________, bears ____________, ____________ feet distant.

3. The constructed works consist of: pipeline and reservoir
(ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width 3 - 5 feet; depth of water at full operating capacity 1000 feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity 0 feet per second; capacity 1/4 cubic feet per second; length of canal pipe - 10'; and is constructed of ____________ (EARTH, CONCRETE, PIPE, ETC.).

97 JAN 16 AM 9 20
STATE ENGINEER OFFICE
DEMING NEW MEXICO

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity 125 gallons acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ____________;

maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc galvanised steel reservoir; reservoir is filled on an average of ________ times per year.

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ________ acre feet per annum per irrigated acre. The irrigation season is from ______________ to ______________ of each year.

Water is / is not (is circled) used for stock and domestic purposes *6 months every other year* (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______________________________

Title * ______________________ Title * ______________________

[signature] [signature]

Title * ______________________ Title * ______________________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *15th* day of *January*, 19*97*.

OFFICIAL SEAL
DEERINDA • BISHOP • WILSO
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 199

[signature]

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.