COPY

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

WR-1
REVISED 8/1/

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Russler Spring,

a tributary of Tierra Blanca Creek, on certain lands in the County of Grant, State of New

Mexico, lying under the ______ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the SW quarter of the NE quarter of Section 4, Township T17S, Range R9W, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: pipe line and redwood reservoir with 100 gal. capacity used for livestock watering
(ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

'97 JAN 16 AM 5 20
STATE ENGINEER OFFICE
DEMING NEW MEXICO

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ________ acre feet per annum per irrigated acre. The irrigation season is from ________________ to ________________ of each year.

Water (is) / is not used for stock and domestic purposes *6 months every other year* (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______________________________

Title * ______________________________ Title * ______________________________

*Roy Walker* *Shirlie A Walker*

Title * ______________________________ Title * ______________________________

______________________________ ______________________________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *15th* day of *January*, 19*97*.

OFFICIAL SEAL
DEERINDA BISHOP-WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

*DeeRinda Bishop-Wilson*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

3-02958 $1.00

COPY

WR-1
REVISED 8/1/?

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______________ Declaration No. ______________

I, We, *Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida. AZ 85610*

a resident / residents of *United States of America*, County of *Cochise*

State of *Arizona*, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the *SOLE* (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from *Sawmill Springs*,

a tributary of *Donahue Canyon*, on certain lands in the County of *Grant*, State of New

Mexico, lying under the ______________ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______________ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______________ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______________ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______________, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______________ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: *NW* quarter of the *NE* quarter of the *NW* quarter of Section *22*, Township *T17S*, Range *R9W*, N.M.P.M., at a point whence the ______________ corner of Section ______, Township ______, Range ______, bears ______________, ______________ feet distant.

3. The constructed works consist of: *Concrete reservoir top at ground level with 200 gallon capacity for livestock watering purpose*
(ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______________; and is constructed of ______________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______________;

maximum discharge capacity of outlet ______________ cubic feet per second; type of dam, construction material, etc. ______________; reservoir is filled on an average of ______ times per year.

'97 JUN 16 AM 8 21
STATE ENGINEER OFFICE
DEMING NEW MEXICO

... is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; c... width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes o... ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ______ acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for stock and domestic purposes 6 months every other year (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______

Title * ______

Roy Walker

Title * ______

Title * ______

Shellie A. Walker

Title * ______

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 15th day of January, 1997.

OFFICIAL SEAL
DEERINDA • BISHOP • WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

DeLinda Bishop-Wilson
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED. IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

COPY

WR-1
REVISED 8/1/

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ____________ Declaration No. ____________

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Middle Hot Springs

a tributary of Hot Springs Canyon, on certain lands in the County of Grant, State of New

Mexico, lying under the ____________ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ____________ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ____________ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ____________ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ____________, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ____________ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ____________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the NE quarter of the NE quarter of Section 29, Township T17S, Range R9W, N.M.P.M., at a point whence the ____________ corner of Section ______, Township ______, Range ______, bears ____________, ____________ feet distant.

3. The constructed works consist of: No development, used for livestock watering purposes. (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ____________;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ____________; reservoir is filled on an average of ______ times per year.

'97 JUN 16 AM 5 21
STATE ENGINEER OFFICE
DEMING, NEW MEXICO

Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest [wi]dth ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if [wi]thin a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

The quantity of water applied to beneficial use on the lands is ______ acre feet per annum per irrigated acre. The irriga[tion] season is from ______________ to ______________ of each year.

[Wat]er (is) / is not used for stock and domestic purposes *6 months every other year* (GIVE PERIOD OF USE, IF ANY).

[I] hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been [cont]inuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of [said] right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

[Dec]larants ______________________________

[Nam]e * ______________________ Title * ______________________

*Ray Walker* *Shellie R. Walker*

[Nam]e * ______________________ Title * ______________________

______________________ ______________________

* Owner, Commissioner, Co-Owner, Director, etc.

[Sub]scribed and sworn to before me this *15th* day of *January*, 19*97*.

OFFICIAL SEAL
DEERINDA • BISHOP • WILS[ON]
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

*DeLinda Bishop-Wilson*
Notary Public

[NO]TE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT [OF] DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH [OF] STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICA[TIO]NS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS [OF] THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER [WI]LL APPEAR ON THE MAP.

[TH]E OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLI[CAT]ION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING [MA]P AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE [IN] CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

[IN] CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING [TH]AT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† [M]ANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF [NE]W MEXICO.

COPY

WR-1
REVISED 8/1/5

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______________ Declaration No. ______________

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Upper Middle Hot Spring, a tributary of Hot Springs Canyon, on certain lands in the County of Grant, State of New Mexico, lying under the ______________ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______________ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______________ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______________ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______________, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______________ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the SE quarter of the SE quarter of Section 20, Township T17S, Range R9W, N.M.P.M., at a point whence the ______________ corner of Section ______, Township ______, Range ______, bears ______________, ______________ feet distant.

3. The constructed works consist of: No development, used for livestock watering (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

______________

______________

______________

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______________; and is constructed of ______________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______________

______________;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______________; reservoir is filled on an average of ______ times per year.

'97 JAN 16 AM 10 21
STATE ENGINEER OFFICE
DEMING NEW MEXICO

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length __________ feet; crest width __________ feet; height above stream bed __________ feet; depth below stream bed __________ feet; side slopes of __________ to __________ on upstream and __________ to __________ on downstream faces; and contains about __________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is __________ acre feet per annum per irrigated acre. The irriga-
on season is from __________ to __________ of each year.

ater (is) / is not used for stock and domestic purposes *6 months every other year* (GIVE PERIOD OF USE, IF ANY).

e hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been
ontinuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of
e right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

eclarants ______________________________

itle * ______________________ Title * ______________________

*Ray Waller* *Phillis A Waller*

itle * ______________________ Title * ______________________

* Owner, Commissioner, Co-Owner, Director, etc.

bscribed and sworn to before me this *15th* day of *January*, 19*97*.

OFFICIAL SEAL
DEERINDA - BISHOP - WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

*DeeRinda Bishop-Wilson*
Notary Public

ITE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICA-ONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER ALL APPEAR ON THE MAP.

E OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLI-TION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING P AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING AT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

ANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF EW MEXICO.

COPY

WR-1
REVISED 8/1/5

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Upper Hot Springs,

a tributary of Hot Springs Canyon, on certain lands in the County of Grant, State of New

Mexico, lying under the ______ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the SW quarter of the SE quarter of Section 16, Township T17S, Range R9W, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: 1/2" pipe with 150-200 gallon reservoir used for livestock watering (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

'07 JAN 16 AM 8 22
STATE ENGINEER OFFICE
DEMING NEW MEXICO

6. Diversion dam: the diversion dam is constructed of __________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ______ acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for stock and domestic purposes 6 months of the year (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______

Title * ______ Roy Walker

Title * ______ Shelbie A Walker

Title * ______

Title * ______

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and Sworn to before me this 15th day of January, 19 97.

DEERINDA • BISHOP • WILSON NOTARY PUBLIC-ARIZONA COCHISE COUNTY My Comm. Expires May 3, 19__

DeRinda Bishop-Wilson
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

3-02958 $1.00

COPY

WR-
REVISED 8

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, Az 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Hot Springs Pipeline

a tributary of Hot Springs Canyon, on certain lands in the County of Grant, State of New

Mexico, lying under the ______ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the SW quarter of the NW quarter of Section 16, Township T17S, Range R9W, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______ bears ______, ______ feet distant.

3. The constructed works consist of: ½" pipeline and 160 gallon reservoir used for livestock watering
(ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal ______ vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

'97 JAN 16 AM 22
STATE ENGINEER OFFICE
DEMING NEW MEXICO

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ______ acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for stock and domestic purposes *6 months every other year*
(GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______

Title * ______      Title * ______

*Roy Walker*      *Shellie A Walker*

Title * ______      Title * ______

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *15th* day of *January*, 19*97*.

OFFICIAL SEAL
DEERINDA · BISHOP · WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

*Deerinda Bishop-Wilson*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

3-02958 $1.00

COPY

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Donahue Park Spring,

a tributary of Donahue Canyon, on certain lands in the County of Grant, State of New

Mexico, lying under the ______ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NW quarter of the NW quarter of Section 15, Township T17S, Range R9W, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: No development - used for livestock watering (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

______

______

______

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line of circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

'97 JAN 16 AM 5 18
STATE ENGINEER OFFICE
DEMING NEW MEXICO

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______

______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

6. Diversion dam. The diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ________ acre feet per annum per irrigated acre. The irrigation season is from ________________ to ________________ of each year.

Water (is) / is not used for stock and domestic purposes 6 months every other year (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______________________

Title * ______________________ Title * ______________________

Roy Walker Shellie A. Walker

Title * ______________________ Title * ______________________

______________________ ______________________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 15th day of January, 1997.

OFFICIAL SEAL
DEERINDA • BISHOP • WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

Delinda Bishop-Wilson
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

COPY

# DECLARATION OF OWNERSHIP OF WATER RIGHT

WR-1
REVISED 8/1/

## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Upper Cold Springs,

a tributary of ______, on certain lands in the County of Grant, State of New

Mexico, lying under the ______ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initinted ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the NW quarter of the NE quarter of Section 17, Township T17S, Range R9W, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: No development. Used for livestock watering
(ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

'97 JAN 16 AM 9 20
STATE ENGINEER OFFICE
DEMING NEW MEXICO

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ________ acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes 6 months a year (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______________

Title * ______________     Title * ______________

Roy Walker     Shellie A Walker

Title * ______________     Title * ______________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 15th day of January, 1997.

OFFICIAL SEAL
DEERINDA • BISHOP • WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

DeeRinda Bishop-Wilson
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

3-02958 $1.00

COPY

WR-1
REVISED 8/1

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ____________ Declaration No. ____________

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Nan Cabin Spring,

a tributary of Cold Spring Canyon, on certain lands in the County of Grant, State of New

Mexico, lying under the ____________ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ____________ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ____________ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ____________ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ____________, described hereinafter

1. a. If the system was subsequently extended, fill in following:

The ____________ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or abou[t] ____________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ____________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NW quarter of the SW quarter of Section 17, Township T17S, Range R9W, N.M.P.M., at a point whence th[e] ____________ corner of Section ______, Township ______, Range ______ bears ____________, ____________ feet distant.

3. The constructed works consist of: no development, used for livestock watering purposes (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circ[u]lar flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness ( ______ ; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of can[al] ______ ; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill[way]) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per secon[d] size and character of outlet conduit ____________

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, ______ ; reservoir is filled on an avera[ge] of ______ times per year.

'97 JAN 16 AM 5 21
STATE ENGINEER OFFICE
DEMING NEW MEXICO

6. Diversion dam: the diversion dam is constructed of ________________ (BRUSH, ROCK, CONCRETE ...) ______ rock crest width ____________ feet; height above stream bed ____________ feet; depth below stream bed ____________ feet; side slopes of ____________ to ____________ on upstream and ____________ to ____________ on downstream faces; and contains about ____________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ________ acre feet per annum per irrigated acre. The irrigation season is from ____________________ to ____________________ of each year.

Water (is) / is not used for stock and domestic purposes *6 months every other year* (GIVE PERIOD OF USE IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______________________________

Title * ______________________ Title * ______________________

*[signature]* *[signature]*

Title * ______________________ Title * ______________________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *15th* day of *January*, 19*97*.

DEELINDA BISHOP-WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 199_

*Deelinda Bishop-Wilson*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

3-20958 $1.00

COPY

REVISE

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida. AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Maverick Spring,

a tributary of Cold Springs Canyon, on certain lands in the County of Grant, State of New

Mexico, lying under the ______ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the NW quarter of the NW quarter of Section 20, Township T17S, Range R9W, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: 1/2" pipe with 200 gallon steel reservoir used for livestock purposes (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

'97 JAN 15 AM 11 21
STATE ENGINEER OFFICE
DEMING, NEW MEXICO

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet, height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ________ acre feet per annum per irrigated acre. The irrigation season is from ________________ to ________________ of each year.

Water (is) / is not used for stock and domestic purposes *6 months every other year* (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______________________________

Title * ______________________ Title * ______________________

*Roy Wallen* *Shellie A Wallen*

Title * ______________________ Title * ______________________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *15th* day of *January*, 19*97*.

OFFICIAL SEAL
DEERINDA - BISHOP - WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 199?

*Deerinda Bishop-Wilson*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.