COPY

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Roy or Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Shaq,

a tributary of Donahue Canyon, on certain lands in the County of Grant, State of New

Mexico, lying under the ______ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the NW quarter of Section 27, Township T17S, Range R9W, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: 1/2" pipe line with 200 gallon capacity concrete reservoir for livestock watering purpose.
(ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

'97 JAN 10 AM 5 21
STATE ENGINEER OFFICE
DEMING, NEW MEXICO

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ______ acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for stock and domestic purposes *6 months every other year* (GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______

Title * ______ Title * ______

*[signature: Roy Walker]* *[signature: Shellie A. Walker]*

Title * ______ Title * ______

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *15th* day of *January*, 19*97*.

OFFICIAL SEAL
DEERINDA • BISHOP • WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

*[signature: DeRinda Bishop-Wilson]*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

COPY

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

WR-1
REVISED 8/1/5

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______________ Declaration No. ______________

I, We, Roger Shellie Walker, 10579 N. Hwy 191, Elfrida, AZ 85610

a resident / residents of United States of America, County of Cochise

State of Arizona, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the SOLE (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Middle Donahue Spring

a tributary of Donahue Canyon, on certain lands in the County of Grant, State of New

Mexico, lying under the ______________ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______________ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______________ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______________ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______________, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______________ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the SE quarter of the NE quarter of Section 28, Township T17S, Range R9W, N.M.P.M., at a point whence the ______________ corner of Section ______, Township ______, Range ______, bears ______________, ______________ feet distant.

3. The constructed works consist of: Concrete reservoir top at ground level with 200 gallon capacity for livestock watering (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______________; and is constructed of ______________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______________;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______________; reservoir is filled on an average of ______ times per year.

'99 JAN 16 AM 9 21
STATE ENGINEER OFFICE
DEMING NEW MEXICO

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ________ acre feet per annum per irrigated acre. The irrigation season is from ________________ to ________________ of each year.

Water (is) / is not used for stock and domestic purposes 6 months every other year (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ______________________________

Title * ______________________ Title * ______________________

Roy Walker      Phillis R Walker

Title * ______________________ Title * ______________________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 15th day of January, 1997.

OFFICIAL SEAL
DEERINDA • BISHOP • WILSON
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires May 3, 1999

DeLinda Bishop-Wilson
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

STATE ENGINEER OFFICE

DECLARATION OF OWNERSHIP OF LIVESTOCK WATER DAM OR TANK
(Note: Read Instructions on Back of Form)

Date of Receipt ______________ Declaration No. ______________

1. Name of Declarant Roy or Shellie Walker Post Office ______________

County of Grant State of New Mexico

2. Dam or tank is located in the SW ¼ SW ¼ ______________ of

Section 8, Township T17S, Range R9W, on ______________,

a tributary of Fogarty, and is on Declarants (State, Federal, Declarants) property.

Water is stored for stock water (stock water, if other uses so state) purposes.

Topography of drainage basin, Steep rough (steep, rough, rolling, undulating, flat)

Approximate area of drainage basin above dam is square miles 7

Vegetative cover of drainage basin, forest, woodland (forest, woodland, shrubs, grass, bare)

Is watercourse normally dry, yes (yes or no)

3. Approximate physical properties of storage dam: height of dam above streambed, or natural ground 40 feet; height of spillway flowline above streambed, or natural ground 36 feet; length of top of dam, 120 feet; width of crest, 3 feet; slope of upstream face, 75° horizontal to 1.0 vertical; slope of downward face, 55° horizontal to 1.0 vertical; nature of riprap or other protection placed over water face of dam, Rock and dirt

Give type, size and maximum discharge of outlet pipe, if any, and type of gate used (if none say none). NONE

Maximum water surface area 1½ acres; storage capacity 40 acre feet; dam contains approximately 500 cubic yards of earth.

4. Approximate physical properties of spillway; bottom width 3 feet; maximum depth of flow 4 feet; discharge capacity 15 cubic feet per second.

Spillway is located in rock, bare earth (rock, shale, clay, grassed earth, bare earth, etc)

5. Dam or tank was constructed under the supervision of ______________ (name agency, declarant or engineer) and was completed in ______________ (give date)

Name of contractor that built dam unknown

6. Additional information ______________

'97 JAN 16 AM 5 15
STATE ENGINEER OFFICE
DEMING NEW MEXICO



Fogarty Wilcox... Tank

DECLARANT'S CERTIFICATE

I hereby certify that I have read the foregoing statements and know the contents thereof and representations thereon, and that the same are true to the best of my knowledge and belief.

1-14-97 — Date

[signature] — Declarant

Subscribed and sworn to before me this 15th day of January, 1997

[signature] Bea Mendez — Notary Public

My Commission Expires

BEA MENDEZ
Notary Public-Arizona
Cochise County
My Commission Expires
Sept. 23, 2000

INSTRUCTIONS

This Declaration shall be executed in triplicate and shall be accompanied by a $1.00 filing fee and submitted to the nearest district office of State Engineer. (Offices are located in Santa Fe, Albuquerque, Roswell and Deming, New Mexico.)

All blanks should be completed as accurately as possible and if figures are estimated add the word "estimated" next to the value. Should any item requested be unknown so state on the form.

If tank or dam is filled by a diversion ditch or well, explain under Item 6 giving the known information on the ditch or well.

Should the dam or tank being declared have been constructed to replace an older structure so note under Item 6 giving the known information on original. (Information needed is location with respect to present structure, its capacity and date of completion.)

If the space on form is not adequate, attach supplemental sheets to form.

If possible, Declaration should also be accompanied by affidavits of persons who have first hand knowledge of the history of the works or by other evidence sufficient to substantiate the claim.

COPY

STATE ENGINEER OFFICE

DECLARATION OF OWNERSHIP OF LIVESTOCK WATER DAM OR TANK
(Note: Read Instructions on Back of Form)

Date of Receipt ______ Declaration No. ______

1. Name of Declarant Roy or Shellie Walker Post Office ______
County of Grant State of New Mexico

2. Dam or tank is located in the NW ¼ SE ¼ ______ of Section 31, Township T16S, Range R9W, on ______, a tributary of Gold Pan Canyon, and is on Declarants (State, Federal, Declarants) property.
Water is stored for stock water purposes. (stock water, if other uses so state)
Topography of drainage basin, Steep, rough (steep, rough, rolling, undulating, flat)
Approximate area of drainage basin above dam is square miles 2
Vegetative cover of drainage basin, Woodland, shrubs (forest, woodland, shrubs, grass, bare)
Is watercourse normally dry, yes (yes or no)

3. Approximate physical properties of storage dam: height of dam above streambed, or natural ground 12 feet; height of spillway flowline above streambed, or natural ground 9 feet; length of top of dam, 80 feet; width of crest, 2 feet; slope of upstream face, 65° horizontal to 1.0 vertical; slope of downward face, 60° horizontal to 1.0 vertical; nature of riprap or other protection placed over water face of dam, Rock and earth

Give type, size and maximum discharge of outlet pipe, if any, and type of gate used (if none say none). NONE

Maximum water surface area 3/4 acres; storage capacity 2-3 acre feet; dam contains approximately 150 cubic yards of earth.

4. Approximate physical properties of spillway; bottom width 2 feet; maximum depth of flow 3 feet; discharge capacity 8-10 cubic feet per second; spillway is located in rock, grassed earth (rock, shale, clay, grassed earth, bare earth, etc)

5. Dam or tank was constructed under the supervision of ______ (name agency, declarant or engineer) and was completed in possibly early 1920's (give date)
Name of contractor that built dam unknown

6. Additional information ______

'97 JAN 16 AM 5 15
STATE ENGINEER OFFICE
DEMING NEW MEXICO



Rocky Tank

DECLARANT'S CERTIFICATE

I hereby certify that I have read the foregoing statements and know the contents thereof and representations thereon, and that the same are true to the best of my knowledge and belief.

1-14-97
Date

Declarant

Subscribed and sworn to before me this 15th day of January, 1997

Notary Public

My commission expires on

BEA MENDEZ
Notary Public-Arizona
Cochise County
My Commission Expires
Sept. 23, 2000

INSTRUCTIONS

This Declaration shall be executed in triplicate and shall be accompanied by a $1.00 filing fee and submitted to the nearest district office of State Engineer. (Offices are located in Santa Fe, Albuquerque, Roswell and Deming, New Mexico.)

All blanks should be completed as accurately as possible and if figures are estimated add the word "estimated" next to the value. Should any item requested be unknown so state on the form.

If tank or dam is filled by a diversion ditch or well, explain under Item 6 giving the known information on the ditch or well.

Should the dam or tank being declared have been constructed to replace an older structure so note under Item 6 giving the known information on original. (Information needed is location with respect to present structure, its capacity and date of completion.)

If the space on form is not adequate, attach supplemental sheets to form.

If possible, Declaration should also be accompanied by affidavits of persons who have first hand knowledge of the history of the works or by other evidence sufficient to substantiate the claim.

COPY

STATE ENGINEER OFFICE

DECLARATION OF OWNERSHIP OF LIVESTOCK WATER DAM OR TANK
(Note: Read Instructions on Back of Form)

Date of Receipt ____________ Declaration No. ____________

1. Name of Declarant Roy or Shellie Walker Post Office ____________
County of Grant State of New Mexico

2. Dam or tank is located in the SW ¼ SE ¼ ____________ of
Section 9, Township T17S, Range R9W, on ____________,
a tributary of Hot Springs Canyon, and is on Declarants
(State, Federal, Declarants)
property.
Water is stored for Stock water purposes.
(stock water, if other uses so state)
Topography of drainage basin, rough, rolling
(steep, rough, rolling, undulating, flat)
Approximate area of drainage basin above dam is square miles 1½
Vegetative cover of drainage basin, woodland, grass
(forest, woodland, shrubs, grass, bare)
Is watercourse normally dry, yes
(yes or no)

3. Approximate physical properties of storage dam: height of dam above streambed, or natural ground 15 feet; height of spillway flowline above streambed, or natural ground 11 feet; length of top of dam, 100 feet; width of crest, 2 feet; slope of upstream face, 75° horizontal to 1.0 vertical; slope of downward face, 55° horizontal to 1.0 vertical; nature of riprap or other protection placed over water face of dam, rock, earth

Give type, size and maximum discharge of outlet pipe, if any, and type of gate used (if none say none). NONE

Maximum water surface area 1½ acres; storage capacity 10 acre feet; dam contains approximately 300 cubic yards of earth.

4. Approximate physical properties of spillway; bottom width 2 feet; maximum depth of flow 4 feet; discharge capacity 10-15 cubic feet per second.
Spillway is located in rock, bare earth
(rock, shale, clay, grassed earth, bare earth, etc)

5. Dam or tank was constructed under the supervision of Louis Oliver
(name agency, declarant or engineer)
and was completed in 1970
(give date)
Name of contractor that built dam ____________

6. Additional information ____________

'97 JAN 16 AM 5 15
STATE ENGINEER OFFICE
DEMING NEW MEXICO

Exhibit A - p. 49 of 80

Piney Peak Tank

DECLARANT'S CERTIFICATE

I hereby certify that I have read the foregoing statements and know the contents thereof and representations thereon, and that the same are true to the best of my knowledge and belief.

1-14-97 [signature]

Date Declarant

Subscribed and sworn to before me this 15th day of January, 1997

[signature]

Notary Public

My Commission Expires

BEA MENDEZ
Notary Public-Arizona
Cochise County
My Commission Expires
Sept. 23, 2000

INSTRUCTIONS

This Declaration shall be executed in triplicate and shall be accompanied by a $1.00 filing fee and submitted to the nearest district office of State Engineer. (Offices are located in Santa Fe, Albuquerque, Roswell and Deming, New Mexico.)

All blanks should be completed as accurately as possible and if figures are estimated add the word "estimated" next to the value. Should any item requested be unknown so state on the form.

If tank or dam is filled by a diversion ditch or well, explain under Item 6 giving the known information on the ditch or well.

Should the dam or tank being declared have been constructed to replace an older structure so note under Item 6 giving the known information on original. (Information needed is location with respect to present structure, its capacity and date of completion.)

If the space on form is not adequate, attach supplemental sheets to form.

If possible, Declaration should also be accompanied by affidavits of persons who have first hand knowledge of the history of the works or by other evidence sufficient to substantiate the claim.

3-02958 $1.00

COPY

STATE ENGINEER OFFICE

DECLARATION OF OWNERSHIP OF LIVESTOCK WATER DAM OR TANK
(Note: Read Instructions on Back of Form)

Date of Receipt ____________ Declaration No. ____________

1. Name of Declarant Roy or Shellie Walker Post Office ____________

County of Grant State of New Mexico

2. Dam or tank is located in the SE ¼ NW ¼ NW of Section 16, Township T17S, Range B9W, on ____________, a tributary of Cold Springs Canyon, and is on Declarants (State, Federal, Declarants) property.

Water is stored for stock water (stock water, if other uses so state) purposes.

Topography of drainage basin, steep, rough (steep, rough, rolling, undulating, flat)

Approximate area of drainage basin above dam is square miles 3

Vegetative cover of drainage basin, forest, woodland (forest, woodland, shrubs, grass, bare)

Is watercourse normally dry, yes (yes or no)

3. Approximate physical properties of storage dam: height of dam above streambed, or natural ground 15 feet; height of spillway flowline above streambed, or natural ground 12 feet; length of top of dam, 80 feet; width of crest, 3 feet; slope of upstream face, 70° horizontal to 1.0 vertical; slope of downward face, 60° horizontal to 1.0 vertical; nature of riprap or other protection placed over water face of dam, rock and earth

Give type, size and maximum discharge of outlet pipe, if any, and type of gate used (if none say none). NONE

Maximum water surface area 3/4 acres; storage capacity 25 acre feet; dam contains approximately 200 cubic yards of earth.

4. Approximate physical properties of spillway; bottom width 3 feet; maximum depth of flow 3 feet; discharge capacity 10 cubic feet per second; Spillway is located in rock, grassed earth (rock, shale, clay, grassed earth, bare earth, etc)

5. Dam or tank was constructed under the supervision of ____________ (name agency, declarant or engineer) and was completed in unknown (give date)

Name of contractor that built dam unknown

6. Additional information ____________

STATE ENGINEER OFFICE
DEMING NEW MEXICO
'97 JAN 16 AM 9 15



Rayal John Tank

DECLARANT'S CERTIFICATE

I hereby certify that I have read the foregoing statements and know the contents thereof and representations thereon, and that the same are true to the best of my knowledge and belief.

1-14-97
Date

Roy Wolf
Declarant

Subscribed and sworn to before me this 15th day of January, 1997

Bea Mendez
Notary Public

My Commission Expires

BEA MENDEZ
Notary Public-Arizona
Cochise County
My Commission Expires
Sept. 23, 2000

INSTRUCTIONS

This Declaration shall be executed in triplicate and shall be accompanied by a \$1.00 filing fee and submitted to the nearest district office of State Engineer. (Offices are located in Santa Fe, Albuquerque, Roswell and Deming, New Mexico.)

All blanks should be completed as accurately as possible and if figures are estimated add the word "estimated" next to the value. Should any item requested be unknown so state on the form.

If tank or dam is filled by a diversion ditch or well, explain under Item 6 giving the known information on the ditch or well.

Should the dam or tank being declared have been constructed to replace an older structure so note under Item 6 giving the known information on original. (Information needed is location with respect to present structure, its capacity and date of completion.)

If the space on form is not adequate, attach supplemental sheets to form.

If possible, Declaration should also be accompanied by affidavits of persons who have first hand knowledge of the history of the works or by other evidence sufficient to substantiate the claim.

COPY

STATE ENGINEER OFFICE

DECLARATION OF OWNERSHIP OF LIVESTOCK WATER DAM OR TANK
(Note: Read Instructions on Back of Form)

Date of Receipt ________ Declaration No. ________

1. Name of Declarant Roy or Shellie Walker Post Office ________

County of Grant State of New Mexico

2. Dam or tank is located in the SW ¼ NW ¼ SE of Section 30, Township T17S, Range R9W, on ________, a tributary of Hot Springs, and is on Declarant (State, Federal, Declarants) property.

Water is stored for Stock water (stock water, if other uses so state) purposes.

Topography of drainage basin, Steep, rough (steep, rough, rolling, undulating, flat)

Approximate area of drainage basin above dam is square miles 4

Vegetative cover of drainage basin, Shrubs, grass (forest, woodland, shrubs, grass, bare)

Is watercourse normally dry, yes (yes or no)

3. Approximate physical properties of storage dam: height of dam above streambed, or natural ground 50 feet; height of spillway flowline above streambed, or natural ground None feet; length of top of dam, 100 feet; width of crest, 3 feet; slope of upstream face, 90° horizontal to 1.0 vertical; slope of downward face, 90° horizontal to 1.0 vertical; nature of riprap or other protection placed over water face of dam, rock, masonry

Give type, size and maximum discharge of outlet pipe, if any, and type of gate used (if none say none). 3" pipe capped, discharge possibly 5-10 gallons per min.

Maximum water surface area ________ acres; storage capacity ________ acre feet; dam contains approximately ________ cubic yards of earth.

4. Approximate physical properties of spillway; bottom width ____ feet; maximum depth of flow ____ feet; discharge capacity ____ cubic feet per second; spillway is located in ________ (rock, shale, clay, grassed earth, bare earth, etc)

5. Dam or tank was constructed under the supervision of unknown (name agency, declarant or engineer) and was completed in unknown (give date)

Name of contractor that built dam ________

6. Additional information ________

'97 JAN 16 AM 5 14
STATE ENGINEER OFFICE
DEMING NEW MEXICO



Little Corral Tank

DECLARANT'S CERTIFICATE

I hereby certify that I have read the foregoing statements and know the contents thereof and representations thereon, and that the same are true to the best of my knowledge and belief.

1-14-97
Date

[signature]
Declarant

Subscribed and sworn to before me this 15th day of January, 1997

[signature]
Notary Public

My Commission Expires

BEA MENDEZ
Notary Public-Arizona
Cochise County
My Commission Expires
Sept. 23, 2000

INSTRUCTIONS

This Declaration shall be executed in triplicate and shall be accompanied by a $1.00 filing fee and submitted to the nearest district office of State Engineer. (Offices are located in Santa Fe, Albuquerque, Roswell and Deming, New Mexico.)

All blanks should be completed as accurately as possible and if figures are estimated add the word "estimated" next to the value. Should any item requested be unknown so state on the form.

If tank or dam is filled by a diversion ditch or well, explain under Item 6 giving the known information on the ditch or well.

Should the dam or tank being declared have been constructed to replace an older structure so note under Item 6 giving the known information on original. (Information needed is location with respect to present structure, its capacity and date of completion.)

If the space on form is not adequate, attach supplemental sheets to form.

If possible, Declaration should also be accompanied by affidavits of persons who have first hand knowledge of the history of the works or by other evidence sufficient to substantiate the claim.

COPY

STATE ENGINEER OFFICE

DECLARATION OF OWNERSHIP OF LIVESTOCK WATER DAM OR TANK
(Note: Read Instructions on Back of Form)

Date of Receipt ______ Declaration No. ______

1. Name of Declarant Roy or Shellie Walker Post Office ______
   County of Grant State of New Mexico

2. Dam or tank is located in the NW ¼ SE ¼ SE of Section 30, Township T17S, Range R9W, on ______, a tributary of Hot Springs, and is on Declarant (State, Federal, Declarants) property.
   Water is stored for stock water purposes. (stock water, if other uses so state)
   Topography of drainage basin, steep, rough (steep, rough, rolling, undulating, flat)
   Approximate area of drainage basin above dam is square miles 3
   Vegetative cover of drainage basin, woodland, shrubs, grass (forest, woodland, shrubs, grass, bare)
   Is watercourse normally dry, yes (yes or no)

3. Approximate physical properties of storage dam: height of dam above streambed, or natural ground 50 feet; height of spillway flowline above streambed, or natural ground 45 feet; length of top of dam, 120 feet; width of crest, 3 feet; slope of upstream face, 60° horizontal to 1.0 vertical; slope of downward face, 45° horizontal to 1.0 vertical; nature of riprap or other protection placed over water face of dam, rock and earth

   Give type, size and maximum discharge of outlet pipe, if any, and type of gate used (if none say none). NONE

   Maximum water surface area 1½ acres; storage capacity 60 acre feet; dam contains approximately 800 cubic yards of earth.

4. Approximate physical properties of spillway; bottom width 4 feet; maximum depth of flow 5 feet; discharge capacity 14 cubic feet per second
   Spillway is located in rock, bare earth (rock, shale, clay, grassed earth, bare earth, etc)

5. Dam or tank was constructed under the supervision of unknown (name agency, declarant or engineer) and was completed in unknown (give date)
   Name of contractor that built dam ______

6. Additional information ______

'97 JAN 16 AM 5 14
STATE ENGINEER OFFICE
DEMING NEW MEXICO

Exhibit A - p. 55 of 80

Magoarg Dam

DECLARANT'S CERTIFICATE

I hereby certify that I have read the foregoing statements and know the contents thereof and representations thereon, and that the same are true to the best of my knowledge and belief.

1-14-97 — Date

Roy Walker — Declarant

Subscribed and sworn to before me this 15th day of January, 1997

Bea Mendez — Notary Public

My Commission Expires

BEA MENDEZ
Notary Public-Arizona
Cochise County
My Commission Expires
Sept. 23, 2000

INSTRUCTIONS

This Declaration shall be executed in triplicate and shall be accompanied by a $1.00 filing fee and submitted to the nearest district office of State Engineer. (Offices are located in Santa Fe, Albuquerque, Roswell and Deming, New Mexico.)

All blanks should be completed as accurately as possible and if figures are estimated add the word "estimated" next to the value. Should any item requested be unknown so state on the form.

If tank or dam is filled by a diversion ditch or well, explain under Item 6 giving the known information on the ditch or well.

Should the dam or tank being declared have been constructed to replace an older structure so note under Item 6 giving the known information on original. (Information needed is location with respect to present structure, its capacity and date of completion.)

If the space on form is not adequate, attach supplemental sheets to form.

If possible, Declaration should also be accompanied by affidavits of persons who have first hand knowledge of the history of the works or by other evidence sufficient to substantiate the claim.

COPY

STATE ENGINEER OFFICE

DECLARATION OF OWNERSHIP OF LIVESTOCK WATER DAM OR TANK
(Note: Read Instructions on Back of Form)

Date of Receipt ______ Declaration No. ______

1. Name of Declarant Roy or Shellie Walker Post Office ______
   County of Grant State of New Mexico

2. Dam or tank is located in the SW ¼ SE ¼ SW of Section 20, Township T17S, Range R9W, on ______, a tributary of Hot Springs, and is on Declarants (State, Federal, Declarants) property.
   Water is stored for stock water purposes. (stock water, if other uses so state)
   Topography of drainage basin, rough, rolling (steep, rough, rolling, undulating, flat)
   Approximate area of drainage basin above dam is square miles 1
   Vegetative cover of drainage basin, Woodland, grass (forest, woodland, shrubs, grass, bare)
   Is watercourse normally dry, yes (yes or no)

3. Approximate physical properties of storage dam: height of dam above streambed, or natural ground 12 feet; height of spillway flowline above streambed, or natural ground 9 feet; length of top of dam, 80 feet; width of crest, 3 feet; slope of upstream face, 65° horizontal to 1.0 vertical; slope of downward face, 50° horizontal to 1.0 vertical; nature of riprap or other protection placed over water face of dam, rock and earth

   Give type, size and maximum discharge of outlet pipe, if any, and type of gate used (if none say none). NONE

   Maximum water surface area 1 acres; storage capacity 12 acre feet; dam contains approximately 130 cubic yards of earth.

4. Approximate physical properties of spillway; bottom width 3 feet; maximum depth of flow 3 feet; discharge capacity 10 cubic feet per second; spillway is located in rock, bare earth (rock, shale, clay, grassed earth, bare earth, etc)

5. Dam or tank was constructed under the supervision of Chris Dominguez (name agency, declarant or engineer) and was completed in 1975 or 76 (give date)
   Name of contractor that built dam ______

6. Additional information ______

'97 JAN 16 AM 5 14
STATE ENGINEER OFFICE
DEMING NEW MEXICO



Gotaway Tank

DECLARANT'S CERTIFICATE

I hereby certify that I have read the foregoing statements and know the contents thereof and representations thereon, and that the same are true to the best of my knowledge and belief.

1-14-97
Date

[signature]
Declarant

Subscribed and sworn to before me this 15th day of January, 1997

[signature]
Notary Public

My Commission Expires

BEA MENDEZ
Notary Public-Arizona
Cochise County
My Commission Expires
Sept. 23, 2000

INSTRUCTIONS

This Declaration shall be executed in triplicate and shall be accompanied by a $1.00 filing fee and submitted to the nearest district office of State Engineer. (Offices are located in Santa Fe, Albuquerque, Roswell and Deming, New Mexico.)

All blanks should be completed as accurately as possible and if figures are estimated add the word "estimated" next to the value. Should any item requested be unknown so state on the form.

If tank or dam is filled by a diversion ditch or well, explain under Item 6 giving the known information on the ditch or well.

Should the dam or tank being declared have been constructed to replace an older structure so note under Item 6 giving the known information on original. (Information needed is location with respect to present structure, its capacity and date of completion.)

if the space on form is not adequate, attach supplemental sheets to form.

If possible, Declaration should also be accompanied by affidavits of persons who have first hand knowledge of the history of the works or by other evidence sufficient to substantiate the claim.

COPY

STATE ENGINEER OFFICE

DECLARATION OF OWNERSHIP OF LIVESTOCK WATER DAM OR TANK
(Note: Read Instructions on Back of Form)

Date of Receipt ______ Declaration No. ______

1. Name of Declarant Roy or Shellie Walker Post Office ______

County of Grant State of New Mexico

2. Dam or tank is located in the SE ¼ SW ¼ SE of

Section 19, Township T17S, Range R9W, on ______,

a tributary of Cold Springs Canyon, and is on Declarants (State, Federal, Declarants) property.

Water is stored for stock water purposes. (stock water, if other uses so state)

Topography of drainage basin, steep, rough (steep, rough, rolling, undulating, flat)

Approximate area of drainage basin above dam is square miles 1

Vegetative cover of drainage basin, woodland, grass (forest, woodland, shrubs, grass, bare)

Is watercourse normally dry, yes (yes or no)

3. Approximate physical properties of storage dam: height of dam above streambed, or natural ground 12 feet; height of spillway flowline above streambed, or natural ground 9 feet; length of top of dam, 80 feet; width of crest, 2 feet; slope of upstream face, 65° horizontal to 1.0 vertical; slope of downward face, 55° horizontal to 1.0 vertical; nature of riprap or other protection placed over water face of dam, rock, earth

Give type, size and maximum discharge of outlet pipe, if any, and type of gate used (if none say none). NONE

Maximum water surface area 1 acres; storage capacity 10 acre feet; dam contains approximately 120 cubic yards of earth.

4. Approximate physical properties of spillway; bottom width 2 feet; maximum depth of flow 3 feet; discharge capacity 8 cubic feet per second; spillway is located in rock, bare earth (rock, shale, clay, grassed earth, bare earth, etc)

5. Dam or tank was constructed under the supervision of Chris Dominguez (name agency, declarant or engineer) and was completed in 1975 or 76 (give date)

Name of contractor that built dam ______

6. Additional information ______

'97 JAN 16 AM 5 14
STATE ENGINEER OFFICE
DEMING NEW MEXICO



Upper Corral Canyon Tank

DECLARANT'S CERTIFICATE

I hereby certify that I have read the foregoing statements and know the contents thereof and representations thereon, and that the same are true to the best of my knowledge and belief.

1-14-97
Date

Roy Walker
Declarant

Subscribed and sworn to before me this 15th day of January, 1997

Bea Mendez
Notary Public

My Commission Expires

BEA MENDEZ
Notary Public-Arizona
Cochise County
My Commission Expires
Sept. 23, 2000

INSTRUCTIONS

This Declaration shall be executed in triplicate and shall be accompanied by a $1.00 filing fee and submitted to the nearest district office of State Engineer. (Offices are located in Santa Fe, Albuquerque, Roswell and Deming, New Mexico.)

All blanks should be completed as accurately as possible and if figures are estimated add the word "estimated" next to the value. Should any item requested be unknown so state on the form.

If tank or dam is filled by a diversion ditch or well, explain under Item 6 giving the known information on the ditch or well.

Should the dam or tank being declared have been constructed to replace an older structure so note under Item 6 giving the known information on original. (Information needed is location with respect to present structure, its capacity and date of completion.)

If the space on form is not adequate, attach supplemental sheets to form.

If possible, Declaration should also be accompanied by affidavits of persons who have first hand knowledge of the history of the works or by other evidence sufficient to substantiate the claim.