COPY

STATE ENGINEER OFFICE

DECLARATION OF OWNERSHIP OF LIVESTOCK WATER DAM OR TANK
(Note: Read Instructions on Back of Form)

Date of Receipt ____________ Declaration No. ____________

1. Name of Declarant *Roy or Shellie Walker* Post Office ____________
   County of *Grant* State of *New Mexico*

2. Dam or tank is located in the *NE* ¼ *SW* ¼ ______ of Section *11*, Township *T17S*, Range *R10W*, on ______, a tributary of *Little Gallinas*, and is on *Declarants* (State, Federal, Declarants) property.
   Water is stored for *Stock water* (stock water, if other uses so state) purposes.
   Topography of drainage basin, *Rough Rolling* (steep, rough, rolling, undulating, flat)
   Approximate area of drainage basin above dam is square miles *½ section*
   Vegetative cover of drainage basin, *shrubs, grass* (forest, woodland, shrubs, grass, bare)
   Is watercourse normally dry, *yes* (yes or no)

3. Approximate physical properties of storage dam: height of dam above streambed, or natural ground *12'* feet; height of spillway flowline above streambed, or natural ground *10'* feet; length of top of dam, *30* feet; width of crest, *3* feet; slope of upstream face, *70°* horizontal to 1.0 vertical; slope of downward face, *60°* horizontal to 1.0 vertical; nature of riprap or other protection placed over water face of dam, *dirt and rock*

   Give type, size and maximum discharge of outlet pipe, if any, and type of gate used (if none say none). *NONE*

   Maximum water surface area *¼-½* acres; storage capacity *2-3* acre feet; dam contains approximately *100* cubic yards of earth.

4. Approximate physical properties of spillway; bottom width *1* feet; maximum depth of flow *2* feet; discharge capacity *10* cubic feet per second; spillway is located in *Rock, grassed earth* (rock, shale, clay, grassed earth, bare earth, etc)

5. Dam or tank was constructed under the supervision of *Louis Oliver* (name agency, declarant or engineer) and was completed in *1978* (give date)
   Name of contractor that built dam ____________

6. Additional information ____________

97 JUN 10 PM 3 10
STATE ENGINEER OFFICE
DEMING NEW MEXICO



*Twin Calf Tank*

DECLARANT'S CERTIFICATE

I hereby certify that I have read the foregoing statements and know the contents thereof and representations thereon, and that the same are true to the best of my knowledge and belief.

1-14-97
Date

Roy Walker
Declarant

Subscribed and sworn to before me this 15th day of January, 1997

Bea Mendez
Notary Public

My Commission Expires

BEA MENDEZ
Notary Public-Arizona
Cochise County
My Commission Expires
Sept. 23, 2000

INSTRUCTIONS

This Declaration shall be executed in triplicate and shall be accompanied by a $1.00 filing fee and submitted to the nearest district office of State Engineer. (Offices are located in Santa Fe, Albuquerque, Roswell and Deming, New Mexico.)

All blanks should be completed as accurately as possible and if figures are estimated add the word "estimated" next to the value. Should any item requested be unknown so state on the form.

If tank or dam is filled by a diversion ditch or well, explain under Item 6 giving the known information on the ditch or well.

Should the dam or tank being declared have been constructed to replace an older structure so note under Item 6 giving the known information on original. (Information needed is location with respect to present structure, its capacity and date of completion.)

if the space on form is not adequate, attach supplemental sheets to form.

If possible, Declaration should also be accompanied by affidavits of persons who have first hand knowledge of the history of the works or by other evidence sufficient to substantiate the claim.

COPY

STATE ENGINEER OFFICE

DECLARATION OF OWNERSHIP OF LIVESTOCK WATER DAM OR TANK
(Note: Read Instructions on Back of Form)

Date of Receipt ____________ Declaration No. ____________

1. Name of Declarant Roy or Shellie Walker Post Office ____________

County of Grant State of New Mexico

2. Dam or tank is located in the NE ¼ SW ¼ ____________ of

Section 11, Township T17S, Range R10W, on ____________,

a tributary of Gold Pan, and is on Declarants (State, Federal, Declarants) property.

Water is stored for Stock water purposes. (stock water, if other uses so state)

Topography of drainage basin, Rolling (steep, rough, rolling, undulating, flat)

Approximate area of drainage basin above dam is square miles ½ section

Vegetative cover of drainage basin, Shrubs, grass (forest, woodland, shrubs, grass, bare)

Is watercourse normally dry, yes (yes or no)

3. Approximate physical properties of storage dam: height of dam above streambed, or natural ground 30 feet; height of spillway flowline above streambed, or natural ground 25 feet; length of top of dam, 100 feet; width of crest, 6 feet; slope of upstream face, 80° horizontal to 1.0 vertical; slope of downward face, 65° horizontal to 1.0 vertical; nature of riprap or other protection placed over water face of dam, Rock and dirt

Give type, size and maximum discharge of outlet pipe, if any, and type of gate used (if none say none). NONE

Maximum water surface area 1½ acres; storage capacity 30 acre feet; dam contains approximately 300 cubic yards of earth.

4. Approximate physical properties of spillway; bottom width 3 feet; maximum depth of flow 5 feet; discharge capacity 15-20 cubic feet per second; spillway is located in Rock, bare earth (rock, shale, clay, grassed earth, bare earth, etc)

5. Dam or tank was constructed under the supervision of ____________ (name agency, declarant or engineer) and was completed in ____________ (give date)

Name of contractor that built dam unknown

6. Additional information ____________

'97 JAN 16 AM 5 16
STATE ENGINEER OFFICE
DEMING NEW MEXICO



Gold Pan Trap Tank

DECLARANT'S CERTIFICATE

I hereby certify that I have read the foregoing statements and know the contents thereof and representations thereon, and that the same are true to the best of my knowledge and belief.

1-14-97
Date

Roy Walker
Declarant

Subscribed and sworn to before me this 15th day of January, 1997

Bea Mendez
Notary Public

My Commission Expires

BEA MENDEZ
Notary Public-Arizona
Cochise County
My Commission Expires
Sept. 23, 2000

INSTRUCTIONS

This Declaration shall be executed in triplicate and shall be accompanied by a $1.00 filing fee and submitted to the nearest district office of State Engineer. (Offices are located in Santa Fe, Albuquerque, Roswell and Deming, New Mexico.)

All blanks should be completed as accurately as possible and if figures are estimated add the word "estimated" next to the value. Should any item requested be unknown so state on the form.

If tank or dam is filled by a diversion ditch or well, explain under Item 6 giving the known information on the ditch or well.

Should the dam or tank being declared have been constructed to replace an older structure so note under Item 6 giving the known information on original. (Information needed is location with respect to present structure, its capacity and date of completion.)

If the space on form is not adequate, attach supplemental sheets to form.

If possible, Declaration should also be accompanied by affidavits of persons who have first hand knowledge of the history of the works or by other evidence sufficient to substantiate the claim.

3-02958 $1.00

COPY

STATE ENGINEER OFFICE

DECLARATION OF OWNERSHIP OF LIVESTOCK WATER DAM OR TANK
(Note: Read Instructions on Back of Form)

Date of Receipt ____________ Declaration No. ____________

1. Name of Declarant Roy or Shellie Walker Post Office ____________

County of Grant State of New Mexico

2. Dam or tank is located in the SW ¼ SE ¼ ____________ of Section 7, Township T17S, Range R9W, on ____________, a tributary of Little Gallinas, and is on Declarants (State, Federal, Declarants) property.

Water is stored for stock water purposes. (stock water, if other uses so state)

Topography of drainage basin, Steep, rough (steep, rough, rolling, undulating, flat)

Approximate area of drainage basin above dam is square miles 4

Vegetative cover of drainage basin, forest, woodland + grass (forest, woodland, shrubs, grass, bare)

Is watercourse normally dry, yes (yes or no)

3. Approximate physical properties of storage dam: height of dam above streambed, or natural ground 15 feet; height of spillway flowline above streambed, or natural ground 12 feet; length of top of dam, 100 feet; width of crest, 3 feet; slope of upstream face, 60° horizontal to 1.0 vertical; slope of downward face, 55° horizontal to 1.0 vertical; nature of riprap or other protection placed over water face of dam, Rock and dirt

Give type, size and maximum discharge of outlet pipe, if any, and type of gate used (if none say none). NONE

Maximum water surface area 1 acres; storage capacity 20 acre feet; dam contains approximately 150 cubic yards of earth.

4. Approximate physical properties of spillway; bottom width 2 feet; maximum depth of flow 3 feet; discharge capacity 10 cubic feet per second; spillway is located in rock and grassed earth (rock, shale, clay, grassed earth, bare earth, etc)

5. Dam or tank was constructed under the supervision of ____________ (name agency, declarant or engineer) and was completed in ____________ (give date)

Name of contractor that built dam unknown

6. Additional information ~~unknown~~

'97 JAN 16 AM 5 16
STATE ENGINEER OFFICE
DEMING NEW MEXICO



Upton Tank

DECLARANT'S CERTIFICATE

I hereby certify that I have read the foregoing statements and know the contents thereof and representations thereon, and that the same are true to the best of my knowledge and belief.

1-14-97 — Date

Roy Walker — Declarant

Subscribed and sworn to before me this 15th day of January, 1997

Bea Mendez — Notary Public

My Commission Expires

BEA MENDEZ
Notary Public-Arizona
Cochise County
My Commission Expires
Sept. 23, 2000

INSTRUCTIONS

This Declaration shall be executed in triplicate and shall be accompanied by a $1.00 filing fee and submitted to the nearest district office of State Engineer. (Offices are located in Santa Fe, Albuquerque, Roswell and Deming, New Mexico.)

All blanks should be completed as accurately as possible and if figures are estimated add the word "estimated" next to the value. Should any item requested be unknown so state on the form.

If tank or dam is filled by a diversion ditch or well, explain under Item 6 giving the known information on the ditch or well.

Should the dam or tank being declared have been constructed to replace an older structure so note under Item 6 giving the known information on original. (Information needed is location with respect to present structure, its capacity and date of completion.)

If the space on form is not adequate, attach supplemental sheets to form.

If possible, Declaration should also be accompanied by affidavits of persons who have first hand knowledge of the history of the works or by other evidence sufficient to substantiate the claim.

COPY

STATE ENGINEER OFFICE

DECLARATION OF OWNERSHIP OF LIVESTOCK WATER DAM OR TANK
(Note: Read Instructions on Back of Form)

Date of Receipt ____________ Declaration No. ____________

1. Name of Declarant Roy or Shellie Walker Post Office ____________
   County of Grant State of New Mexico

2. Dam or tank is located in the NE ¼ SW ¼ ______ of Section 8, Township T17S, Range R9W, on ____________, a tributary of Fogarty, and is on Declarants (State, Federal, Declarants) property.
   Water is stored for Stock Water (stock water, if other uses so state) purposes.
   Topography of drainage basin, Steep, rough (steep, rough, rolling, undulating, flat)
   Approximate area of drainage basin above dam is square miles 6
   Vegetative cover of drainage basin, forest, Woodland, shrubs (forest, woodland, shrubs, grass, bare)
   Is watercourse normally dry, yes (yes or no)

3. Approximate physical properties of storage dam: height of dam above streambed, or natural ground 10 feet; height of spillway flowline above streambed, or natural ground 12 feet; length of top of dam, 80 feet; width of crest, 2 feet; slope of upstream face, 60° horizontal to 1.0 vertical; slope of downward face, 60° horizontal to 1.0 vertical; nature of riprap or other protection placed over water face of dam, rock and dirt

   Give type, size and maximum discharge of outlet pipe, if any, and type of gate used (if none say none). NONE

   Maximum water surface area 3/4 acres; storage capacity 10 acre feet; dam contains approximately 120 cubic yards of earth.

4. Approximate physical properties of spillway; bottom width 2 feet; maximum depth of flow 3 feet; discharge capacity 10 cubic feet per second; spillway is located in rock, bare earth (rock, shale, clay, grassed earth, bare earth, etc)

5. Dam or tank was constructed under the supervision of ____________ (name agency, declarant or engineer) and was completed in ____________ (give date)
   Name of contractor that built dam unknown

6. Additional information ~~unknown~~

'97 JAN 16 AM 5 15
STATE ENGINEER OFFICE
DEMING NEW MEXICO



Acklin Tank

DECLARANT'S CERTIFICATE

I hereby certify that I have read the foregoing statements and know the contents thereof and representations thereon, and that the same are true to the best of my knowledge and belief.

1-14-97
Date

Roy Walker
Declarant

Subscribed and sworn to before me this 15th day of January, 1997

Bea Mendez
Notary Public

My Commission Expires

BEA MENDEZ
Notary Public-Arizona
Cochise County
My Commission Expires
Sept. 23, 2000

INSTRUCTIONS

This Declaration shall be executed in triplicate and shall be accompanied by a $1.00 filing fee and submitted to the nearest district office of State Engineer. (Offices are located in Santa Fe, Albuquerque, Roswell and Deming, New Mexico.)

All blanks should be completed as accurately as possible and if figures are estimated add the word "estimated" next to the value. Should any item requested be unknown so state on the form.

If tank or dam is filled by a diversion ditch or well, explain under Item 6 giving the known information on the ditch or well.

Should the dam or tank being declared have been constructed to replace an older structure so note under Item 6 giving the known information on original. (Information needed is location with respect to present structure, its capacity and date of completion.)

If the space on form is not adequate, attach supplemental sheets to form.

If possible, Declaration should also be accompanied by affidavits of persons who have first hand knowledge of the history of the works or by other evidence sufficient to substantiate the claim.

3-02958 $1.00

Revised December 1975

IMPORTANT — READ INSTRUCTIONS ON BACK BEFORE FILLING OUT THIS FORM.

COPY

# Declaration of Owner of Underground Water Right

BASIN NAME

Declaration No. ______ Date received ______

STATEMENT

1. Name of Declarant Roy or Shellie Walker
   Mailing Address 10579 N. Hwy 191, Elfrida, AZ 85610
   County of Grant, State of New Mexico
2. Source of water supply Shallow water aquifer (artesian or shallow water aquifer)
3. Describe well location under one of the following subheadings:
   a. NW ¼ NE ¼ NE ¼ of Sec. 18 Twp. T17S Rge. R9W N.M.P.M., in Grant County.
   b. Tract No. ______ of Map No. ______ of the ______
   c. X = ______ feet, Y = ______ feet. N. M. Coordinate System ______ Zone in the ______ Grant.
   On land owned by Roy and Shellie Walker
4. Description of well: date drilled unknown driller unknown depth 75 feet.
   outside diameter of casing 6 inches; original capacity ______ gal. per min.; present capacity 10 gal. per min.; pumping lift 10 feet; static water level 10 feet (above) (below) land surface;
   make and type of pump windmill with 1 horsepower submergible for backup
   make, type, horsepower, etc., of power plant ______
   Fractitional or percentage interest claimed in well ______
5. Quantity of water appropriated and beneficially used ______ (acre feet per acre) 6 acre feet perannum (acre feet per annum)
   for livestock watering purposes.
6. Acreage actually irrigated ______ acres, located and described as follows (describe only lands actually irrigated):

| Subdivision | Sec. | Twp. | Range | Acres Irrigated | Owner |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Note: location of well and acreage actually irrigated must be shown on plat on reverse side.)

7. Water was first applied to beneficial use ______ (month) ______ (day) ______ (year) and since that time has been used fully and continuously on all of the above described lands or for the above described purposes except as follows: ______

8. Additional statements or explanations ______

I, Roy Walker being first duly sworn upon my oath, depose and say that the above is a full and complete statement prepared in accordance with the instructions on the reverse side of this form and submitted in evidence of ownership of a valid underground water right, that I have carefully read each and all of the items contained therein and that the same are true to the best of my knowledge and belief.

Roy Walker, declarant.

by: ______

Subscribed and sworn to before me this 15th day of January A.D. 1997

My commission expires ______ Bea Mendez Notary Public

BEA MENDEZ
Notary Public-Arizona
Cochise County

'97 JAN 16 AM 5 13
STATE ENGINEER OFFICE
DEMING NEW MEXICO

Locate well and areas actually irrigated as accurately as possible on following plat:

Section (s) 18, Township T17S, Range R9W N. M. P. M.



INSTRUCTIONS

Declaration shall be executed (preferably typewritten) in triplicate and must be accompanied by a $1.00 filing fee. Each of triplicate copies must be properly signed and attested.

A separate declaration must be filed for each well in use.

All blanks shall be filled out fully. Required information which cannot be sworn to by declarant shall be supplied by affidavit of person or persons familiar with the facts and shall be submitted herewith.

Secs. 1-3. Complete all blanks.

Sec. 4. Fill out all blanks applicable as fully as possible.

Sec. 5. Irrigation use shall be stated in acre feet of water per acre per year applied on the land. If used for domestic, municipal, or other purposes, state total quantity in acre feet used annually.

Sec. 6. Describe only the acreage actually irrigated. When necessary to clearly define irrigated acreages, describe to nearest 2½ acre subdivision. If located on unsurveyed lands, describe by legal supdivision "as projected" from the nearest government survey corners, or describe by metes and bounds and tie survey to some permanent, easily-located natural object.

Sec. 7. Explain and give dates as nearly as possible of any years when all or part of acreage claimed was not irrigated.

Sec. 8. If well irrigates or supplies supplemental water to any other land than that described above, or if land is also irrigated from any other source, explain under this section. Give any other data necessary to fully describe water right.

If additional space is necessary, use a separate sheet or sheets and attach securely hereto.

3-02958 $1.00

Revised December 1975

IMPORTANT — READ INSTRUCTIONS ON BACK BEFORE FILLING OUT THIS FORM.

COPY

# Declaration of Owner of Underground Water Right

BASIN NAME

Declaration No. ______ Date received ______

STATEMENT

1. Name of Declarant *Roy or Shellie Walker*
   Mailing Address *10579 N. Hwy 191, Elfrida, AZ 85610*
   County of *Grant*, State of *New Mexico*
2. Source of water supply *Shallow water aquifer* (artesian or shallow water aquifer)
3. Describe well location under one of the following subheadings:
   a. *SW* ¼ *NW* ¼ *NW* ¼ of Sec. *18* Twp. *T17S* Rge. *R9W* N.M.P.M., in *Grant* County.
   b. Tract No. ______ of Map No. ______ of the ______.
   c. X = ______ feet, Y = ______ feet, N. M. Coordinate System ______ Zone in the ______ Grant.
   On land owned by *Roy and Shellie Walker*
4. Description of well: date drilled *unknown* driller *Jew Upton* depth *20* feet.
   outside diameter of casing *6* inches; original capacity *500-700* gal. per min.; present capacity *500-700* gal. per min.; pumping lift *10-20* feet; static water level *6-10* feet (above) (below) land surface;
   make and type of pump *centrifical*
   make, type, horsepower, etc., of power plant *3.5 horse engine*
   Fractitional or percentage interest claimed in well ______
5. Quantity of water appropriated and beneficially used ______ (acre feet per acre) *10 acre feet per annum* (acre feet per annum)
   for *livestock watering and domestic use* purposes.
6. Acreage actually irrigated ______ acres, located and described as follows (describe only lands actually irrigated):

| Subdivision | Sec. | Twp. | Range | Acres Irrigated | Owner |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Note: location of well and acreage actually irrigated must be shown on plat on reverse side.)

STATE ENGINEER OFFICE
DEMING NEW MEXICO
'97 JAN 16 AM 5 13

7. Water was first applied to beneficial use ______ (month) ______ (day) ______ (year) and since that time has been used fully and continuously on all of the above described lands or for the above described purposes except as follows: ______

8. Additional statements or explanations ______

I, *Roy Walker* being first duly sworn upon my oath, depose and say that the above is a full and complete statement prepared in accordance with the instructions on the reverse side of this form and submitted in evidence of ownership of a valid underground water right, that I have carefully read each and all of the items contained therein and that the same are true to the best of my knowledge and belief.

*Roy Walker*, declarant.

by: ______

Subscribed and sworn to before me this *15th* day of *January*, 19*97*

My commission expires ______ *Bea Mendez* Notary Public

BEA MENDEZ
Notary Public-Arizona
Cochise County

Locate well and areas actually irrigated as accurately as possible on following plat:

Section (s) 18, Township T17S, Range R9W N. M. P. M.



INSTRUCTIONS

Declaration shall be executed (preferably typewritten) in triplicate and must be accompanied by a $1.00 filing fee. Each of triplicate copies must be properly signed and attested.

A separate declaration must be filed for each well in use.

All blanks shall be filled out fully. Required information which cannot be sworn to by declarant shall be supplied by affidavit of person or persons familiar with the facts and shall be submitted herewith.

Secs. 1-3. Complete all blanks.

Sec. 4. Fill out all blanks applicable as fully as possible.

Sec. 5. Irrigation use shall be stated in acre feet of water per acre per year applied on the land. If used for domestic, municipal, or other purposes, state total quantity in acre feet used annually.

Sec. 6. Describe only the acreage actually irrigated. When necessary to clearly define irrigated acreages, describe to nearest 2½ acre subdivision. If located on unsurveyed lands, describe by legal subdivision "as projected" from the nearest government survey corners, or describe by metes and bounds and tie survey to some permanent, easily-located natural object.

Sec. 7. Explain and give dates as nearly as possible of any years when all or part of acreage claimed was not irrigated.

Sec. 8. If well irrigates or supplies supplemental water to any other land than that described above, or if land is also irrigated from any other source, explain under this section. Give any other data necessary to fully describe water right.

If additional space is necessary, use a separate sheet or sheets and attach securely hereto.

Revised December 1975

IMPORTANT — READ INSTRUCTIONS ON BACK BEFORE FILLING OUT THIS FORM.

COPY

# Declaration of Owner of Underground Water Right

______________________
BASIN NAME

Declaration No. ______________________ Date received ______________________

STATEMENT

1. Name of Declarant *Roy or Shellie Walker*
   Mailing Address *10579 N. Hwy. 191, Elfrida, AZ 85610*
   County of *Grant*, State of *New Mexico*
2. Source of water supply *Shallow water aquifer*
   (artesian or shallow water aquifer)
3. Describe well location under one of the following subheadings:
   a. *NE* ¼ *NW* ¼ *NE* ¼ of Sec. *18* Twp. *T17S* Rge. *R9W* N.M.P.M., in *Grant* County.
   b. Tract No. ______ of Map No. ______ of the ______.
   c. X = ______ feet, Y = ______ feet, N. M. Coordinate System ______ Zone in the ______ Grant.
   On land owned by ______
4. Description of well: date drilled *1975* driller *Gulf Mineral* depth *3000* feet.
   outside diameter of casing *4"* inches; original capacity *unknown* gal. per min.; present capacity *untested* gal. per min.; pumping lift *10'* feet; static water level *10'* feet (above) (below) land surface;
   make and type of pump *capped at present*
   make, type, horsepower, etc., of power plant ______
   Fractitional or percentage interest claimed in well ______
5. Quantity of water appropriated and beneficially used ______ (acre feet per acre) (acre feet per annum)
   for *livestock watering* purposes.
6. Acreage actually irrigated ______ acres, located and described as follows (describe only lands actually irrigated):

| Subdivision | Sec. | Twp. | Range | Acres Irrigated | Owner |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Note: location of well and acreage actually irrigated must be shown on plat on reverse side.)

'97 JAN 16 AM 5 13
STATE ENGINEER OFFICE
DEMING NEW MEXICO

7. Water was first applied to beneficial use ______ (month) ______ (day) ______ (year) and since that time has been used fully and continuously on all of the above described lands or for the above described purposes except as follows: ______
8. Additional statements or explanations ______

I, *Roy Walker* being first duly sworn upon my oath, depose and say that the above is a full and complete statement prepared in accordance with the instructions on the reverse side of this form and submitted in evidence of ownership of a valid underground water right, that I have carefully read each and all of the items contained therein and that the same are true to the best of my knowledge and belief.

*Roy Walker*, declarant.

by: ______

Subscribed and sworn to before me this *15th* day of *January* A.D. 19*97*

My commission expires ______

BEA MENDEZ
Notary Public-Arizona
Cochise County

*Bea Mendez*
Notary Public

Locate well and areas actually irrigated as accurately as possible on following plat:

Section (s) 18, Township T17S, Range R9W N. M. P. M.



### INSTRUCTIONS

Declaration shall be executed (preferably typewritten) in triplicate and must be accompanied by a $1.00 filing fee. Each of triplicate copies must be properly signed and attested.

A separate declaration must be filed for each well in use.

All blanks shall be filled out fully. Required information which cannot be sworn to by declarant shall be supplied by affidavit of person or persons familiar with the facts and shall be submitted herewith.

Secs. 1-3. Complete all blanks.

Sec. 4. Fill out all blanks applicable as fully as possible.

Sec. 5. Irrigation use shall be stated *in acre feet of water per acre per year* applied on the land. If used for domestic, municipal, or other purposes, state total quantity in acre feet used annually.

Sec. 6. Describe only the acreage actually irrigated. When necessary to clearly define irrigated acreages, describe to nearest 2½ acre subdivision. If located on unsurveyed lands, describe by legal subdivision "as projected" from the nearest government survey corners, or describe by metes and bounds and tie survey to some permanent, easily-located natural object.

Sec. 7. Explain and give dates as nearly as possible of any years when all or part of acreage claimed was not irrigated.

Sec. 8. If well irrigates or supplies supplemental water to any other land than that described above, or if land is also irrigated from any other source, explain under this section. Give any other data necessary to fully describe water right.

If additional space is necessary, use a separate sheet or sheets and attach securely hereto.

3-02958 $1.00

Revised December 1975

IMPORTANT — READ INSTRUCTIONS ON BACK BEFORE FILLING OUT THIS FORM.

COPY

# Declaration of Owner of Underground Water Right

BASIN NAME

Declaration No. ____ Date received ____

STATEMENT

1. Name of Declarant Roy or Shellie Walker
   Mailing Address 10579 N. Hwy 191, Elfrida, AZ 85610
   County of Grant, State of New Mexico
2. Source of water supply Shallow water aquifer (artesian or shallow water aquifer)
3. Describe well location under one of the following subheadings:
   a. ____ ¼ NE ¼ SE ¼ of Sec. 12 Twp. T17S Rge. R10W N.M.P.M., in Grant County.
   b. Tract No. ____ of Map No. ____ of the ____
   c. X = ____ feet, Y = ____ feet, N. M. Coordinate System ____ Zone in the ____ Grant.
   On land owned by ____
4. Description of well: date drilled unknown driller unknown depth 75' feet.
   outside diameter of casing 6" inches; original capacity unknown gal. per min.; present capacity 2 gal. per min.; pumping lift 12-17 feet; static water level 10-15 feet (above) (below) land surface;
   make and type of pump Windmill
   make, type, horsepower, etc., of power plant ____
   Fractitional or percentage interest claimed in well ____
5. Quantity of water appropriated and beneficially used ____ (acre feet per acre) 6 acre feet per annum (acre feet per annum)
   for livestock watering purposes.
6. Acreage actually irrigated ____ acres, located and described as follows (describe only lands actually irrigated):

| Subdivision | Sec. | Twp. | Range | Acres Irrigated | Owner |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Note: location of well and acreage actually irrigated must be shown on plat on reverse side.)

'97 JAN 16 AM 5 12
STATE ENGINEER OFFICE
DEMING NEW MEXICO

7. Water was first applied to beneficial use ____ (month) (day) (year) and since that time has been used fully and continuously on all of the above described lands or for the above described purposes except as follows: ____
8. Additional statements or explanations ____

I, Roy Walker being first duly sworn upon my oath, depose and say that the above is a full and complete statement prepared in accordance with the instructions on the reverse side of this form and submitted in evidence of ownership of a valid underground water right, that I have carefully read each and all of the items contained therein and that the same are true to the best of my knowledge and belief.

Roy Walker, declarant.

by: ____

Subscribed and sworn to before me this 15th day of January 1997

My commission expires ____ Bea Mendez Notary Public

BEA MENDEZ
Notary Public-Arizona
Cochise County

**Locate well and areas actually irrigated as accurately as possible on following plat:**

Section (s) 12, Township T17S, Range R10W N. M. P. M.




**INSTRUCTIONS**

Declaration shall be executed (preferably typewritten) in triplicate and must be accompanied by a $1.00 filing fee. Each of triplicate copies must be properly signed and attested.

A separate declaration must be filed for each well in use.

All blanks shall be filled out fully. Required information which cannot be sworn to by declarant shall be supplied by affidavit of person or persons familiar with the facts and shall be submitted herewith.

Secs. 1-3. Complete all blanks.

Sec. 4. Fill out all blanks applicable as fully as possible.

Sec. 5. Irrigation use shall be stated in acre feet of water per acre per year applied on the land. If used for domestic, municipal, or other purposes, state total quantity in acre feet used annually.

Sec. 6. Describe only the acreage actually irrigated. When necessary to clearly define irrigated acreages, describe to nearest 2½ acre subdivision. If located on unsurveyed lands, describe by legal subdivision "as projected" from the nearest government survey corners, or describe by metes and bounds and tie survey to some permanent, easily-located natural object.

Sec. 7. Explain and give dates as nearly as possible of any years when all or part of acreage claimed was not irrigated.

Sec. 8. If well irrigates or supplies supplemental water to any other land than that described above, or if land is also irrigated from any other source, explain under this section. Give any other data necessary to fully describe water right.

If additional space is necessary, use a separate sheet or sheets and attach securely hereto.

Revised December 1975

IMPORTANT — READ INSTRUCTIONS ON BACK BEFORE FILLING OUT THIS FORM.

COPY

# Declaration of Owner of Underground Water Right

BASIN NAME

Declaration No. ______ Date received ______

STATEMENT

1. Name of Declarant Roy or Shellie Walker
Mailing Address 10579 N. Hwy 191, Elfrida, AZ 85610
County of Grant, State of New Mexico
2. Source of water supply Shallow water aquifer (artesian or shallow water aquifer)
3. Describe well location under one of the following subheadings:
a. SW ¼ NW ¼ NE ¼ of Sec. 32 Twp. T17S Rge. R9W N.M.P.M., in Grant County.
b. Tract No. ______ of Map No. ______ of the ______.
c. X = ______ feet, Y = ______ feet, N. M. Coordinate System ______ Zone in the ______ Grant.
On land owned by ______
4. Description of well: date drilled hand dug unknown driller unknown depth 25 feet.
outside diameter of casing No casing inches; original capacity ______ gal. per min.; present capacity 3-5 gal. per min.; pumping lift 12-14 feet; static water level 10-12 feet (above) (below) land surface;
make and type of pump Windmill
make, type, horsepower, etc., of power plant ______
Fractitional or percentage interest claimed in well ______
5. Quantity of water appropriated and beneficially used ______ (acre feet per acre) 6 acre feet per annum (acre feet per annum)
for livestock watering purposes.
6. Acreage actually irrigated ______ acres, located and described as follows (describe only lands actually irrigated):

| Subdivision | Sec. | Twp. | Range | Acres Irrigated | Owner |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Note: location of well and acreage actually irrigated must be shown on plat on reverse side.)

7. Water was first applied to beneficial use ______ (month day year) and since that time has been used fully and continuously on all of the above described lands or for the above described purposes except as follows: ______

8. Additional statements or explanations ______

'97 JAN 16 AM 5 12
STATE ENGINEER OFFICE
DEMING, NEW MEXICO

I, Roy Walker being first duly sworn upon my oath, depose and say that the above is a full and complete statement prepared in accordance with the instructions on the reverse side of this form and submitted in evidence of ownership of a valid underground water right, that I have carefully read each and all of the items contained therein and that the same are true to the best of my knowledge and belief.

Roy Walker, declarant.

by: ______

Subscribed and sworn to before me this 15th day of January A.D. 19 97

My commission expires ______

BEA MENDEZ
Notary Public-Arizona
Cochise County

Bea Mendez Notary Public

Locate well and areas actually irrigated as accurately as possible on following plat:

Section (s) 32, Township T17S, Range R9W N. M. P. M.



INSTRUCTIONS

Declaration shall be executed (preferably typewritten) in triplicate and must be accompanied by a $1.00 filing fee. Each of triplicate copies must be properly signed and attested.

A separate declaration must be filed for each well in use.

All blanks shall be filled out fully. Required information which cannot be sworn to by declarant shall be supplied by affidavit of person or persons familiar with the facts and shall be submitted herewith.

Secs. 1-3. Complete all blanks.

Sec. 4. Fill out all blanks applicable as fully as possible.

Sec. 5. Irrigation use shall be stated in acre feet of water per acre per year applied on the land. If used for domestic, municipal, or other purposes, state total quantity in acre feet used annually.

Sec. 6. Describe only the acreage actually irrigated. When necessary to clearly define irrigated acreages, describe to nearest 2½ acre subdivision. If located on unsurveyed lands, describe by legal subdivision "as projected" from the nearest government survey corners, or describe by metes and bounds and tie survey to some permanent, easily-located natural object.

Sec. 7. Explain and give dates as nearly as possible of any years when all or part of acreage claimed was not irrigated.

Sec. 8. If well irrigates or supplies supplemental water to any other land than that described above, or if land is also irrigated from any other source, explain under this section. Give any other data necessary to fully describe water right.

If additional space is necessary, use a separate sheet or sheets and attach securely hereto.

Revised December 1975

IMPORTANT — READ INSTRUCTIONS ON BACK BEFORE FILLING OUT THIS FORM.

COPY

# Declaration of Owner of Underground Water Right

BASIN NAME

Declaration No. ______ Date received ______

STATEMENT

1. Name of Declarant *Roy or Shellie Walker*
   Mailing Address *10579 N. Hwy 191, Elfrida, AZ 85610*
   County of *Grant*, State of *New Mexico*
2. Source of water supply *Shallow water aquifer* (artesian or shallow water aquifer)
3. Describe well location under one of the following subheadings:
   a. *NE* ¼ *NW* ¼ *SE* ¼ of Sec. *33* Twp. *T17S* Rge. *R9W* N.M.P.M., in *Grant* County.
   b. Tract No. ______ of Map No. ______ of the ______
   c. X = ______ feet, Y = ______ feet, N. M. Coordinate System ______ Zone in the ______ Grant.
   On land owned by ______
4. Description of well: date drilled *unknown* driller *possibly Bill Graham* depth *165-170* feet.
   outside diameter of casing *8"* inches; original capacity ______ gal. per min.; present capacity *4-5* gal. per min.; pumping lift *17* feet; static water level *15* feet (above) (below) land surface;
   make and type of pump *Windmill*
   make, type, horsepower, etc., of power plant ______
   Fractitional or percentage interest claimed in well ______
5. Quantity of water appropriated and beneficially used ______ (acre feet per acre) *6 acre feet per annum* (acre feet per annum) for *livestock watering* purposes.
6. Acreage actually irrigated ______ acres, located and described as follows (describe only lands actually irrigated):

| Subdivision | Sec. | Twp. | Range | Acres Irrigated | Owner |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Note: location of well and acreage actually irrigated must be shown on plat on reverse side.)

7. Water was first applied to beneficial use ______ (month) (day) (year) and since that time has been used fully and continuously on all of the above described lands or for the above described purposes except as follows: ______
8. Additional statements or explanations ______

'97 JAN 16 AM 5 12
STATE ENGINEER OFFICE
DEMING NEW MEXICO

I, *Roy Walker* being first duly sworn upon my oath, depose and say that the above is a full and complete statement prepared in accordance with the instructions on the reverse side of this form and submitted in evidence of ownership of a valid underground water right, that I have carefully read each and all of the items contained therein and that the same are true to the best of my knowledge and belief.

*Roy Walker*, declarant.

by: ______

Subscribed and sworn to before me this *15th* day of *January* *97*

My commission expires ______ *Bea Mendez* Notary Public

BEA MENDEZ
Notary Public-Arizona

Locate well and areas actually irrigated as accurately as possible on following plat:

Section (s) 33, Township T17S, Range R9W N. M. P. M.



## INSTRUCTIONS

Declaration shall be executed (preferably typewritten) in triplicate and must be accompanied by a $1.00 filing fee. Each of triplicate copies must be properly signed and attested.

A separate declaration must be filed for each well in use.

All blanks shall be filled out fully. Required information which cannot be sworn to by declarant shall be supplied by affidavit of person or persons familiar with the facts and shall be submitted herewith.

Secs. 1-3. Complete all blanks.

Sec. 4. Fill out all blanks applicable as fully as possible.

Sec. 5. Irrigation use shall be stated in acre feet of water per acre per year applied on the land. If used for domestic, municipal, or other purposes, state total quantity in acre feet used annually.

Sec. 6. Describe only the acreage actually irrigated. When necessary to clearly define irrigated acreages, describe to nearest 2½ acre subdivision. If located on unsurveyed lands, describe by legal subdivision "as projected" from the nearest government survey corners, or describe by metes and bounds and tie survey to some permanent, easily-located natural object.

Sec. 7. Explain and give dates as nearly as possible of any years when all or part of acreage claimed was not irrigated.

Sec. 8. If well irrigates or supplies supplemental water to any other land than that described above, or if land is also irrigated from any other source, explain under this section. Give any other data necessary to fully describe water right.

If additional space is necessary, use a separate sheet or sheets and attach securely hereto.