IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROY WALKER AND SHELLIE WALKER, Plaintiffs, | ) | No. 04-155 L |
| v. | ) | Judge Susan G. Braden |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE SUMMARY JUDGMENT REPLY BRIEF**

Defendant United States hereby moves for a 10-day extension of time to file its summary judgment reply brief, to and including November 20, 2007. In support thereof, Defendant states as follows.

Pursuant to the Court's Scheduling Order of July 19, 2007 (Doc. 43), Defendant filed its motion for summary judgment on all remaining claims on August 31, 2007 (Docs. 44–45). Plaintiffs' unopposed motion for a 3-week extension of time to file their opposition to Defendant's motion for summary judgment (Doc. 46) was granted by the Court (Doc. 47), and Plaintiffs thereafter filed their opposition to Defendant's motion on October 18, 2007 (Docs. 48–51).

Under RCFC 7.2(c), Defendant's reply brief in support its motion is due on November 5, 2007. Due to case-related deadlines and other work, Defendant hereby requests an extension of time of 10 business days to prepare and file its reply brief, to and including November 20, 2007. The deadlines and other work demands of Defendant's counsel of record that necessitate this extension include: (1) the filing of a summary judgment reply brief in Hash v. United States, No. 99-324 (D. Idaho), on October 25, 2007; (2) responding to extensive discovery requests in

Kingman Reef Atoll Investments v. United States, No. 06-828 (Fed. Cl.), that are presently due on November 7, 13, 14 and 19, 2007; and (3) interviewing applicants for the Attorney General's Honor Graduate program for the Environment & Natural Resources Division from October 29 through November 13, 2007. The extension of time requested herein will allow Defendant's counsel of record to balance the filing deadline in this case with these other court deadlines and work commitments.

Defendant has contacted Plaintiffs' counsel regarding this motion, and Plaintiffs' counsel has represented that the Plaintiffs do not oppose the motion.

WHEREFORE, Defendant respectfully requests a 10-day extension of time to file its summary judgment reply brief, to and including November 20, 2007.

DATED: October 31, 2007

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff

KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
53 Pleasant Street, 4th Floor
Concord, NH 03301
Telephone No.: (603) 230-2583
Facsimile No.: (603) 225-1577
E-mail: kristine.tardiff@usdoj.gov