# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROY WALKER AND SHELLIE WALKER ) Case No. 04-155 L

Plaintiffs, ) Judge Susan G. Braden

vs.

UNITED STATES OF AMERICA,

Defendant.

## ERRATA TO PLAINTIFFS' RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT

Lyman D. Bedford
McQuaid Bedford & Van Zandt, LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Tel: (415) 905-0200
Fax: (415) 905-0202
E-mail: lbedford@mbvz.com

Attorney of Record for Plaintiffs

OF COUNSEL:
Michael J. Van Zandt
McQuaid Bedford & Van Zandt, LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Tel: (415) 905-0200
Fax: (415) 905-0202
E-mail: mvanzandt@mbvz.com

Plaintiffs Roy Walker and Shellie Walker amend Plaintiffs' Response To Defendant's Proposed Findings Of Uncontroverted Fact as follows:

The word "Dominguezes" on line 7 of page six should be "Olivers".

Dated: October 31, 2007.

Respectfully submitted,

Lyman D. Bedford
McQuaid Bedford & Van Zandt, LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Tel: (415) 905-0200
Fax: (415) 905-0202
E-mail: lbedford@mbvz.com
Attorney of Record for Plaintiffs

OF COUNSEL:

Michael J. Van Zandt
McQuaid Bedford & Van Zandt, LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Tel: (415) 905-0200
Fax: (415) 905-0202
E-mail: mvanzandt@mbvz.com