# In the United States Court of Federal Claims

No. 04-155L
Filed: November 1, 2007

***************************************

ROY WALKER, and
SHELLIE WALKER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

***************************************

**ORDER**

Defendant's October 31, 2007 Unopposed Motion for Extension of Time is hereby **GRANTED**. Defendant is hereby ordered to file the Summary Judgement Reply Brief by November 20, 2007.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**