IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROY WALKER AND SHELLIE WALKER,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-155 L<br><br>Judge Susan G. Braden |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE SUMMARY JUDGMENT REPLY BRIEF**

Defendant United States hereby moves for a 5-day extension of time to file its summary judgment reply brief, to and including November 28, 2007. In support thereof, Defendant states as follows.

Pursuant to the Court's Scheduling Order of July 19, 2007 (Doc. 43), Defendant filed its motion for summary judgment on all remaining claims on August 31, 2007 (Docs. 44–45). Plaintiffs' opposition to Defendant's motion was filed on October 18, 2007 (Docs. 48–51). Under RCFC 7.2(c), Defendant's reply brief in support its motion was due on November 5, 2007. Due to case-related deadlines and other work, Defendant filed an unopposed motion for a 10-day extension of time, to and including November 20, 2007, which was granted by the Court in its Order of November 1, 2007 (Doc. 54).

Defendant now seeks an additional 5-day extension of time, to and including November 28, 2007, in which to file its reply brief. The deadlines and other work demands of Defendant's counsel of record that necessitate this extension include responding to extensive discovery

requests in Kingman Reef Atoll Investments v. United States, No. 06-828 (Fed. Cl.), including several sets of interrogatories and requests for production, and one set of requests for admissions, with deadlines of November 13, 14 and 19, 2007. In addition, over the past three weeks, the undersigned counsel of record has been out of the office for several periods of time as a member of the Environment & Natural Resources Division's interview committee for the Attorney General's Honor Graduate program.

Defendant has contacted Plaintiffs' counsel of record regarding this request for an extension of time, and Plaintiffs' counsel has indicated that the Plaintiffs do not oppose the motion.

WHEREFORE, Defendant respectfully requests an additional 5-day extension of time to file its summary judgment reply brief, to and including November 28, 2007.

DATED: November 15, 2007

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
53 Pleasant Street, 4th Floor
Concord, NH 03301
Telephone No.: (603) 230-2583
Facsimile No.: (603) 225-1577
E-mail: kristine.tardiff@usdoj.gov