# In the United States Court of Federal Claims

**No. 04-155 L**

**ROY WALKER**
**and SHELLIE WALKER**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Memorandum Opinion and Final order, filed January 3, 2008, granting the government's motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs' complaint is dismissed.

John S. Buckley
Acting Clerk of Court

January 4, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.